※ red circular area is where the window was that I could see through a shorter distance away, the bottle and can of beer on a table



Case 2:18-cv-01722-JPS   Filed 07/08/19   Page 1 of 1   Document 37-1