* * * * * * * * * * * * * * * * * * * * * * * * * * *

CITY OF MEQUON

-v-

JOSEPHINE SHAUT AND MADELINE RUVIN

RECORDED HEARING

* * * * * * * * * * * * * * * * * * * * * * * * * *

The above-entitled cause was transcribed
by KAREN RENEE, Court Reporter and Notary Public in and
for the State of Wisconsin.

## 2

1  A P P E A R A N C E S

2  Judge (name not given)

3  Brian Sadjak, Prosecutor City of Mequon.

4  David Halberg, Attorney for Defendants

5  Kristin Studinski-Toryfter, Witness

---

## 3

1  TRANSCRIPT OF PROCEEDINGS
2  JUDGE: Okay. This is the City of
3  Mequon versus Josephine Shaut and Madeline Ruvin.
4  There are citations alleging underage alcohol
5  possession and consumption. Uh, as to Ms. Shaut
6  is Citation 3S813XHJWN, and as to Ms. Ruvin,
7  3S813XHJWQ.
8  The city is appearing by its prosecutor,
9  Brian Sadjak.
10  And Attorney David Halberg is here on
11  behalf of the defendants.
12  The case we're scheduled for trial
13  today, prior to going on the record, the parties
14  indicated that we are going to effectively, um,
15  deal with the case by way of the motion to dismiss
16  or suppress. Um, I think it's similar to a motion
17  that was filed in the Reardon case some months ago
18  that we ultimately did not litigate, but -- and if
19  my recollection is correct, it's an issue.
20  Are you challenging whether the circuit
21  court properly issued the search warrant?
22  MR. HALBERG: Yes.
23  JUDGE: That's the issue, yeah.
24  MR. HALBERG: It -- I mean, there's two.
25  there's two.

---

## 4

1  JUDGE: Generally.
2  MR. HALBERG: There's the search warrant
3  and the curtilage.
4  JUDGE: Yeah. All right. So, it's a
5  unique situation that, funny enough, this court
6  had to deal with once before. Usually, an
7  inferior court is not in a -- it's a strange
8  situation for an inferior court, being a lower
9  court, to have to decide whether a superior court,
10  a higher court, made an error. But that's what we
11  have to do in a situation like this. So, anyway
12  --
13  MR. HALBERG: I can tell the court that
14  that is not what the judge said. She thought you
15  were superior.
16  JUDGE: Yeah, well, she's -- she knows
17  I'm -- all right, but anyways, good. So,
18  that's -- those are the issues at hand.
19  And what are we going to do? Are you
20  going to take -- how are we going to do this? You
21  want to take some testimony?
22  MR. HALBERG: Yeah, he can. The city
23  can start.
24  JUDGE: Do you have witnesses as well?
25  MR. HALBERG: One. We each have one, I

---

## 5

1  think.
2  JUDGE: All right. Mr. Sadjak.
3  MR. SADJAK: Ready to go?
4  JUDGE: Yep.
5  MR. SADJAK: All right, uh --
6  JUDGE: Can she -- and, you know, she
7  can testify. Just so we can use the microphone
8  properly, we're going to have the witness use the
9  last chair on the bench up here, okay?
10  MS. STUDINSKI-TORYFTER: Hmm-hmm.
11  JUDGE: It's not our normal, but --
12  MR. SADJAK: Go up.
13  Uh, so city's first, uh, witness will
14  be, uh, Kristin Studinski-Toryfter, which I know I
15  just said wrong, but --
16  JUDGE: That's her fault for having a
17  name like that.
18  MR. SADJAK: Right.
19  UNIDENTIFIED SPEAKER: Do you swear the
20  testimony you are about to give is the truth, the
21  whole truth, and nothing but the truth, so help
22  you God?
23  MS. STUDINSKI-TORYFTER: Yes.
24  MS. STUDINSKI-TORYFTER: That hyphen will get me
25  every time.

1     All right.  Uh, if you would just, uh,
2 to start, just, uh, state, uh, your name, spelling
3 your last name for the record.
4     MS. STUDINSKI-TORYFTER:  Kristin
5 Studinski-Toryfter, S-T-U-D-I-N-S-K-I, hyphen,
6 T-O-R-Y-F-T-E-R.
7     MR. SADJAK:  And how are you employed?
8     MS. STUDINSKI-TORYFTER:  As a police
9 officer with the City of Mequon.
10     MR. SADJAK:  And how long have you been
11 employed in that capacity?
12     MS. STUDINSKI-TORYFTER:  Almost eight
13 years.
14     MR. SADJAK:  And did you have any law
15 enforcement experience prior to joining the force
16 here in Mequon?
17     MS. STUDINSKI-TORYFTER:  No.
18     MR. SADJAK:  Uh, and do you have any
19 education that relates to your position as a
20 police officer?
21     MS. STUDINSKI-TORYFTER:  I do have my
22 master's degree in criminal justice and completed
23 the police academy.
24     MR. SADJAK:  And, uh, as it relates to,
25 uh, any training for the position of a police

1 officer, would you describe, uh, training that you
2 have?
3     MS. STUDINSKI-TORYFTER:  The recruit
4 police academy training, 520 hours when I went
5 through it.
6     MR. HALBERG:  I can't -- is she on the
7 microphone?  I can't hear very well.
8     MR. SADJAK:  Yeah, this -- this, uh --
9     JUDGE:  Yeah, pull -- pull the
10 microphone up pretty close.
11     MS. STUDINSKI-TORYFTER:  This one or
12 this one?
13     MR. SADJAK:  No, that one.
14     MS. STUDINSKI-TORYFTER:  Test.
15     JUDGE:  There you go.
16     MR. HALBERG:  Good.  Thank you.
17     MR. SADJAK:  Uh, all right.  So, uh,
18 upon, uh, completion of the police academy, are
19 you somehow certified or licensed then to be a
20 police officer in the State of Wisconsin?
21     MS. STUDINSKI-TORYFTER:  Yes, I'm a
22 certified police officer.
23     MR. SADJAK:  And then in order to, uh,
24 maintain that certification, are there any sort of
25 continuing education or training requirements that

1 you have to undergo?
2     MS. STUDINSKI-TORYFTER:  We do have
3 minimum requirements, 24 hours per year.  We do
4 what's called in-service, which is yearly
5 training.
6     MR. SADJAK:  Okay.  And are you current
7 with that requirement?
8     MS. STUDINSKI-TORYFTER:  Yes.
9     MR. SADJAK:  Uh, now if you would just,
10 uh, describe for me kind of a typical day for you
11 on the force here in Mequon.
12     MS. STUDINSKI-TORYFTER:  Responding to
13 calls for service, self-initiated activities such
14 as traffic stops, field interrogation stops,
15 things like that.
16     MR. SADJAK:  And it's -- part of that
17 then, the responding to calls for service, um,
18 that would involve things like investigating
19 complaints, violations, and that type of thing?
20     MS. STUDINSKI-TORYFTER:  Yes.
21     MR. SADJAK:  Okay.  Uh, and you had to
22 kind of just give me an estimate, on average, how
23 much time do you spend doing more of that
24 investigative-type response versus the
25 self-initiated dealings with things?

1     MS. STUDINSKI-TORYFTER:  It obviously
2 varies per day.  Some days are a lot more heavy
3 for calls for service.  Some days are a little bit
4 lighter, we have a lot more time for
5 self-initiated activity.  It really depends on the
6 day.
7     MR. SADJAK:  Okay.  Um, going to, uh,
8 now take you to the, uh, evening of October 31st
9 of 2015 and recall if -- ask you if you recall
10 that day?
11     MS. STUDINSKI-TORYFTER:  Yes.
12     MR. SADJAK:  And, uh, did, uh, there
13 come a point -- uh, actually, I should say, were
14 you working that day?
15     MS. STUDINSKI-TORYFTER:  Yes.
16     MR. SADJAK:  Okay.  And, uh, did there,
17 uh, come a point during your shift, uh, where you
18 had to, uh, respond to a request to -- for service
19 regarding an underage drinking?
20     MS. STUDINSKI-TORYFTER:  Yes.
21     MR. SADJAK:  Uh, describe for me, um,
22 the kind of initial, uh, contact that you had
23 with, uh, that or basis that you had with that.
24     MS. STUDINSKI-TORYFTER:  Sure.  We
25 received information from dispatch that a tip

1  4-1-1 emergency, regarding an underage drinking
2  party occurring at the Reardon residence on Gazebo
3  Hills.
4          MR. SADJAK:  Okay.  Now when you say a
5  tip 1-1 or 4-1-1, um, hint or clue or tip or
6  whatever you want to call it, um, what -- what
7  exactly is tip 4-1-1?
8          MS. STUDINSKI-TORYFTER:  People can
9  anonymously submit electronic tips to police.
10         MR. SADJAK:  Okay.  And so if I
11  understand what you're saying then is that the
12  police department had received one of these tips
13  that there was an underage drinking party going
14  on?
15         MS. STUDINSKI-TORYFTER:  Correct.
16         MR. SADJAK:  Okay.  Uh, and, uh, what,
17  if anything, did you do upon, uh, receiving that
18  dispatch?
19         MS. STUDINSKI-TORYFTER:  Responded to
20  the area with other officers.
21         MR. SADJAK:  Okay.  Uh, and do you
22  recall, uh, how many officers had responded?
23         MS. STUDINSKI-TORYFTER:  It was myself,
24  Officer Brandemuehl, Officer Rudolph, and acting
25  Sergeant Shasso (phonetic).

1          MR. SADJAK:  And --
2          MS. STUDINSKI-TORYFTER:  At some point,
3  we also requested Thiensville, and two of theirs
4  came out, but that was later on.
5          MR. SADJAK:  Okay.  Um, now that seems
6  like a lot of officers to me.  Um, is that a
7  pretty typical response for, uh, one of these tip
8  4-1-1 calls?
9          MS. STUDINSKI-TORYFTER:  It's an unknown
10  how many people are inside the residence, so for
11  our safety, yes, if we believe something may be
12  going on there, we do tend to have several
13  officers.
14         MR. SADJAK:  Okay.  Um, now did you, uh,
15  respond to the area of the Gazebo Hill Parkway
16  residence?
17         MS. STUDINSKI-TORYFTER:  Yes.
18         MR. SADJAK:  Okay.  And, uh, what, if
19  anything, did you observe, uh, upon responding?
20         MS. STUDINSKI-TORYFTER:  We saw some
21  lights on in the residence and we saw multiple
22  vehicles in the driveway and one on the street.
23         MR. SADJAK:  Okay.  And what, if
24  anything, did you do from there?
25         MS. STUDINSKI-TORYFTER:  It's something

1  we commonly do see for underage alcohol parties,
2  of multiple vehicles around, things like that.
3          MR. SADJAK:  Had you checked to see if
4  the vehicles were listed to the address or
5  anything like that?
6          MS. STUDINSKI-TORYFTER:  We did pull up
7  the registration plates and called them into
8  dispatch, yes.
9          MR. SADJAK:  Okay.  And then so they
10  were not registered to that address?
11         MS. STUDINSKI-TORYFTER:  Don't remember
12  who they all belonged to.  There were various
13  different plates listing to various people.
14         MR. SADJAK:  Um, now at that time, uh,
15  did you do anything further, uh, with respect to
16  the call?
17         MS. STUDINSKI-TORYFTER:  We did.  We
18  attempted contact at the door, rang the doorbell,
19  can hear from outside that it was functioning.
20  Knocked also.  Didn't receive a response, so I
21  tried phone contact with the vehicle owner whose
22  vehicle was parked on the street.  I tried phone
23  contact with the residents.  We weren't able to
24  find a home phone number for them.  I left a
25  voicemail message on the homeowner's cell phone,

1  and I left a voicemail message on the juvenile's
2  cell phone.
3          MR. SADJAK:  All right.  Um, now as all
4  of these phone calls and -- and attempts to make
5  contact were going on, um, what else -- was there
6  anything else going on at that same time?
7          MS. STUDINSKI-TORYFTER:  I'm not sure
8  what you mean.
9          MR. SADJAK:  Were you, uh, just standing
10  at the front door?  Were you, you know, focused on
11  making phone calls?  Were you continuing to
12  observe anything?
13         MS. STUDINSKI-TORYFTER:  I don't recall
14  where I was because there were several phone calls
15  that did have to be made.  I don't remember where
16  I was when I was making them.  I know when I was
17  at the front door waiting for a response,
18  initially prior to the phone calls, we -- there's
19  a half-moon window that's above the door, and
20  we -- there's a landing up there, and we could see
21  several young people start scattering, uh, and
22  running around kind of crazed.  And then we
23  started hearing doors, sounded like clicking doors
24  and windows being locked and things like that.
25         MR. SADJAK:  Okay.  And the -- the --

1 you identified some folks as -- as young --
2 　　　MS. STUDINSKI-TORYFTER: Right.
3 　　　MR. SADJAK: -- folks?
4 　　　MS. STUDINSKI-TORYFTER: People that I
5 believe to be under the age of 21, young looking.
6 　　　MR. SADJAK: Okay.
7 　　　MS. STUDINSKI-TORYFTER: Teenagers.
8 　　　MR. SADJAK: And, uh, based on -- on
9 your, uh, experience and training, did the
10 activities and sounds that you heard indicate
11 anything to you with respect to what may have been
12 going on?
13 　　　MS. STUDINSKI-TORYFTER: Just other
14 signs that there could have been an underage
15 alcohol party occurring.
16 　　　MR. SADJAK: Okay. Um, now upon, uh,
17 making the phone calls, uh, did you receive any
18 response to -- to any of the phone calls?
19 　　　MS. STUDINSKI-TORYFTER: I left two
20 voicemails: one for the homeowner, one for the
21 juvenile. I did speak in person to the father,
22 who would have had the vehicle parked on the
23 street.
24 　　　MR. SADJAK: Okay. And, uh, were you
25 able to gain access by -- to the house by any of

1 those phone calls?
2 　　　MS. STUDINSKI-TORYFTER: Unfortunately,
3 not. The parent was very uncooperative. And I
4 asked if he could have his son speak to us so we
5 could check on the occupants of anybody inside if
6 they had been drinking, and he refused to
7 cooperate.
8 　　　MR. SADJAK: Okay. Um, so what, if
9 anything, did you do at that point?
10 　　　MS. STUDINSKI-TORYFTER: We ended up
11 applying for a search warrant.
12 　　　MR. SADJAK: Okay. And, uh, why did you
13 do that?
14 　　　MS. STUDINSKI-TORYFTER: Because we
15 believed that there was alcohol consumption in the
16 house. And I was also advised by Officer Shasso
17 that he saw alcohol containers.
18 　　　MR. SADJAK: Okay. Um, and, uh, is --
19 uh, did he indicate to you where he observed those
20 containers?
21 　　　MS. STUDINSKI-TORYFTER: It was the rear
22 of the residence.
23 　　　MR. SADJAK: Okay. Now, what would he
24 have been at the rear of the residence for?
25 　　　MS. STUDINSKI-TORYFTER: Doing perimeter

1 security. A lot of times at underage alcohol
2 parties, people bolt from the house and, you know,
3 run away from us and try to get away.
4 　　　MR. SADJAK: Okay. So, again, I don't
5 want to put words in your mouth necessarily here
6 but, uh, effectively, they might run out the back
7 door?
8 　　　MS. STUDINSKI-TORYFTER: Very commonly
9 in a lot of police situations people will try to
10 exit the residence in one fashion or another.
11 　　　MR. SADJAK: Okay. So, would that type
12 of response then be standard practice for the
13 department?
14 　　　MS. STUDINSKI-TORYFTER: Absolutely.
15 　　　MR. SADJAK: And that would be true
16 of -- of non-underage drinking cases as well?
17 　　　MS. STUDINSKI-TORYFTER: Multiple --
18 yeah, multitude of calls that we go on.
19 　　　MR. SADJAK: Um, now you indicated that
20 you had determined to obtain a -- uh, a search
21 warrant. Um, describe that process for me that
22 you undertook that night.
23 　　　MS. STUDINSKI-TORYFTER: You need to --
24 we fill out the paperwork in our squad car, but we
25 need to make contact with the district attorney or

1 on-call assistant district attorney, whoever
2 appears to be on duty at that time for us after
3 hours. We do need to generally make notification
4 to our captain, whatever captain is on call at the
5 time. We fill out paperwork and we respond in
6 person to the judge's house for them to review the
7 paperwork and make the decision to issue or not.
8 　　　MR. SADJAK: Okay. And you did all of
9 those things that evening?
10 　　　MS. STUDINSKI-TORYFTER: Yes.
11 　　　MR. SADJAK: And, uh, as part of that
12 paperwork, uh, that was submitted, uh, what type
13 of information do you have to provide, uh, in that
14 in order to obtain a search warrant?
15 　　　MS. STUDINSKI-TORYFTER: General
16 description of the property to be searched. So,
17 physically what the house looks like, the address
18 of the house, and things that you observe that
19 lead you to believe that the offense is being
20 committed.
21 　　　MR. SADJAK: Okay. And, uh, what
22 specifically did you, um, indicate, uh, in this
23 case as to what offense you believed to be
24 committed? Why did you believe a crime was
25 　　　MS. STUDINSKI-TORYFTER: We believed

1  that there was an underage alcohol or underage
2  drinking going on within the residence. We
3  observed multiple vehicles in the area, people
4  scattering upon sight of police, securing down of
5  the house such as locking windows, doors, not
6  answering, you know, phone calls or us knocking on
7  the door. Visual -- visually, we say alcohol
8  containers.
9        MR. SADJAK: Anything about the
10  individuals that were there?
11        MS. STUDINSKI-TORYFTER: That they
12  appeared to be not of legal drinking age.
13        MR. SADJAK: And, uh, at, uh, that
14  search warrant then was -- was presented to a
15  judge of some sort?
16        MS. STUDINSKI-TORYFTER: Correct, in
17  person at their residence.
18        MR. SADJAK: Okay. And, uh, did the
19  judge review that search warrant then?
20        MS. STUDINSKI-TORYFTER: Yes.
21        MR. SADJAK: And decided to -- to grant
22  it or -- or not?
23        MS. STUDINSKI-TORYFTER: It was granted.
24        MR. SADJAK: Okay. And upon, uh,
25  receiving that, what, uh, if anything, took place?

1        MS. STUDINSKI-TORYFTER: I radioed to
2  officers on the scene that we had a signed search
3  warrant on hand, and then they made the entry in
4  the residence.
5        MR. SADJAK: Okay. Um, now as it
6  relates to, um, observations that -- that you had
7  made, um, you indicated that there was a -- a
8  process of -- of kind of closing down the -- the
9  house, so to speak, locking doors, closing
10  windows, that kind of stuff?
11        MS. STUDINSKI-TORYFTER: Correct.
12        MR. SADJAK: And -- and was -- was any
13  of that unusual to you?
14        MS. STUDINSKI-TORYFTER: Yes.
15        MR. SADJAK: And -- and how so?
16        MS. STUDINSKI-TORYFTER: Just, it's
17  unusual to go to a house and try to make contact
18  and then to hear, you know, things being locked
19  and clicked and secured, and it's just unusual in
20  general. It seemed like they were trying to hide
21  something or conceal themselves or conceal
22  something. I'm not sure why they were doing that.
23        MR. SADJAK: Okay. And were you able to
24  identify -- could you even determine if windows
25  were closed or anything like that as part of that

1  process?
2        MS. STUDINSKI-TORYFTER: I don't
3  specifically remember what windows I saw or had
4  access to. I mean, I don't remember what the
5  window coverings were or window treatments.
6        MR. SADJAK: Okay. Judge, with that,
7  um, in -- in light of the fact that we're talking
8  just about the search warrant, um, I think that
9  that would be where we would --
10        JUDGE: Sure.
11        MR. SADJAK: -- conclude for now.
12        JUDGE: Any cross-examination?
13        MR. HALBERG: Yes, thank you. Just one
14  second.
15        Good afternoon again, Officer.
16        Um, what's the difference between a
17  forfeiture and a fine?
18        MS. STUDINSKI-TORYFTER: Same thing.
19        MR. HALBERG: They're the same thing?
20        MS. STUDINSKI-TORYFTER: Yeah, it's --
21  in terms of just of like monetary penalty?
22        MR. HALBERG: No, uh, legally, what's
23  the difference between a forfeiture and a fine?
24        MR. SADJAK: Objection, calls for a
25  legal conclusion.

1        JUDGE: Right. The court is aware of
2  it. Well, actually, it does call for a legal
3  conclusion, but it may be important to know her
4  understanding of that as it relates to the search
5  warrant, so --
6        MS. STUDINSKI-TORYFTER: Sure.
7        JUDGE: -- go ahead.
8        MS. STUDINSKI-TORYFTER: A forfeiture is
9  generally a -- a municipal terminology for a fine,
10  and a fine is criminal.
11        MR. HALBERG: And what does the --
12  what's the distinction between municipal and
13  criminal?
14        MS. STUDINSKI-TORYFTER: Distinction as
15  far as?
16        MR. HALBERG: What's -- if you said
17  between municipal and criminal, so does that mean,
18  in your training, that municipal is not criminal?
19        MS. STUDINSKI-TORYFTER: Crimes are
20  considered to be felonies and misdemeanors.
21        MR. HALBERG: Right. What is a
22  municipal ordinance violation? Is that a crime?
23        MS. STUDINSKI-TORYFTER: It's a separate
24        
25        MR. HALBERG: What kind of category?

1        MS. STUDINSKI-TORYFTER:  Not --

2        MR. HALBERG:  What's with the banging?

3        MS. STUDINSKI-TORYFTER:  I'm sorry?

4        MR. HALBERG:  There's banging.

5        JUDGE:  That's -- that's you kind of

6 breathing on the microphone.  They're sensitive

7 so, yeah.

8        MR. HALBERG:  So, um, is -- is your

9 understanding that a municipal ordinance violation

10 is a crime or not?

11        MS. STUDINSKI-TORYFTER:  That it is not.

12        MR. HALBERG:  It is not a crime?

13        MS. STUDINSKI-TORYFTER:  Correct.

14        MR. HALBERG:  Okay.  Now, um, what did

15 you review, uh, before you came here today?

16        MS. STUDINSKI-TORYFTER:  Review as far

17 as?

18        MR. HALBERG:  To prepare for your

19 testimony.

20        MS. STUDINSKI-TORYFTER:  I took a quick

21 read-through of the incident report, since it was

22 from 2015, to refresh my memory.

23        MR. HALBERG:  You're talking about the

24 police report that you wrote?

25        MS. STUDINSKI-TORYFTER:  Correct.

1        MR. HALBERG:  Could I see it, please?

2        MS. STUDINSKI-TORYFTER:  I don't have

3 it.

4        MR. HALBERG:  You didn't bring the

5 document used to prepare?

6        MS. STUDINSKI-TORYFTER:  No, I don't

7 have a physical document.  I reviewed it in my

8 squad when I was on duty last time.

9        MR. HALBERG:  Okay.  Counsel, do you

10 have an unredacted copy?

11        MR. SADJAK:  Uh, I do not have a

12 physical copy.  I have a computerized version.

13        MR. HALBERG:  So, I can't -- you -- you

14 used something to prepare and you didn't bring it

15 to court and you haven't made it available to the

16 defense, correct?

17        MS. STUDINSKI-TORYFTER:  I have it

18 electronically.

19        MR. HALBERG:  Do you -- do you have it

20 here?

21        MS. STUDINSKI-TORYFTER:  It's in -- it's

22 in my e-mail.  If I can access an e-mail from --

23        MR. HALBERG:  That's great.  Could you

24 pull it up, please?

25        MS. STUDINSKI-TORYFTER:  Sure.  Do you

1 want me to come by you?

2        MR. SADJAK:  Oh, Judge, that's not -- I

3 mean --

4        JUDGE:  Well, it's a document that --

5        MR. SADJAK:  I mean, they -- these --

6        JUDGE:  -- one, I'm assuming you've

7 probably seen before.

8        MR. HALBERG:  No, I have a heavily

9 redacted document, and there's a particular entry

10 I need to ask her about.

11        JUDGE:  Okay.  So, a redacted entry or a

12 non-redacted entry?

13        MR. HALBERG:  I need a non -- I need a

14 paragraph non-redacted.

15        JUDGE:  All right.  Well, and then

16 there's a records issue there.  There's a reason

17 it was redacted, I'm assuming.

18        MR. HALBERG:  Well --

19        JUDGE:  Uh, why was it redacted, and

20 does she have the ability to show him that, or do

21 you have the ability to show him the unredacted

22 version today?

23        MR. SADJAK:  I mean, without knowing

24 which the particular paragraph --

25        JUDGE:  The license plates?

1        MR. HALBERG:  And counsel's already

2 given them to me, but I don't -- we -- I need to

3 put it into evidence.  So I need the officer to

4 testify about what you -- I need to be able to

5 cross-examine her about what she testified about.

6        MR. SADJAK:  Cross-examine her, Counsel.

7        MR. HALBERG:  I'm -- I'm (inaudible) --

8        JUDGE:  Well --

9        MR. HALBERG:  I need to ask her about

10 the plate numbers.

11        MR. SADJAK:  Right.  And -- and you just

12 testified that I have previously given you or --

13        MR. HALBERG:  Right.

14        MR. SADJAK:  -- or Attorney Smith has

15 previously --

16        MR. HALBERG:  Right.

17        MR. SADJAK:  -- given you those plate

18 numbers.

19        MR. HALBERG:  Right.

20        MR. SADJAK:  You can ask her was that

21 the -- I mean, I don't want to tell you how to do

22 your job, but --

23        JUDGE:  Right.

24        MR. SADJAK:  You can ask her, was one

25 of the plates, you know, X, and then --

1 MR. HALBERG: Here's -- no --

2 JUDGE: Well, as soon as --

3 MR. SADJAK: -- ask your questions.

4 JUDGE: Well, that's the issue.

5 MR. HALBERG: Well --

6 JUDGE: I mean, do you have -- if you

7 have the plate numbers, it seems to me you could

8 ask the specific --

9 MR. HALBERG: I don't have them right

10 now. But what I do know is that if she used her

11 police report to prepare, I get see it. And if

12 she used an --

13 JUDGE: Well --

14 MR. HALBERG: -- unredacted copy --

15 JUDGE: -- that'd be great if she had it

16 here. She doesn't have it here.

17 MR. HALBERG: She can -- she said she

18 can pull it up.

19 JUDGE: Okay. I -- I -- what can you

20 pull it up on?

21 MS. STUDINSKI-TORYFTER: I would have

22 to -- well, I do have my squad computer outside --

23 JUDGE: Oh.

24 MS. STUDINSKI-TORYFTER: -- that I'd

25 have to log --

1 JUDGE: So, yeah --

2 MS. STUDINSKI-TORYFTER: -- into.

3 JUDGE: We're -- we're not -- she's not

4 going out to her squad to get a computer to bring

5 back here when we have limited time, so --

6 MS. STUDINSKI-TORYFTER: It's a -- it's

7 a work e-mail, so I don't have the (inaudible) --

8 JUDGE: Frankly, if there was documents

9 that -- well, so you have an unredacted version of

10 the --

11 MR. HALBERG: No, I don't. I have a

12 redacted only.

13 JUDGE: Were you given -- was he given

14 the plate numbers?

15 MR. SADJAK: I -- I don't have a

16 specific recollection of that, but his own

17 statement was that we had given it to him in the

18 past.

19 JUDGE: So, you did have the plate

20 numbers, they just weren't in the report?

21 MR. HALBERG: They're in the report, but

22 they're redacted, so I -- again, the --

23 JUDGE: But were you given the plate

24 numbers in the report itself?

25 MR. HALBERG: From counsel, yes.

1 JUDGE: Okay. And you don't know, off

2 the top of your head, what those are to ask --

3 MR. HALBERG: No, I don't --

4 JUDGE: -- the question --

5 MR. HALBERG: -- have that because I

6 don't --

7 JUDGE: -- that should be that.

8 MR. HALBERG: -- have -- all I have is

9 word of mouth. I don't have what --

10 JUDGE: Can't you just show him the

11 document on your computer if you have access to

12 it?

13 MR. SADJAK: Well, the -- the particular

14 version I have also has the plate number as

15 redacted. I don't have the -- the original

16 version in front of me. Um, so, yes, I would be

17 happy to provide the information just as either I

18 or Attorney Smith previously did. We don't intend

19 to hide anything.

20 JUDGE: All right.

21 MR. SADJAK: But that said, if this is

22 truly as big of an issue as it is --

23 JUDGE: Sure, we would have this today.

24 MR. SADJAK: -- he should be prepared

25 to, uh, you know -- you know, he would have notes

1 as to what we told him.

2 JUDGE: Yeah.

3 MR. SADJAK: And he could confirm that,

4 um, or -- or even had -- could have advised us,

5 hey, I want this to be an issue and could you

6 please bring an unredacted report.

7 JUDGE: And I disagree that she's

8 required to bring with her what she reviewed

9 before she came here. So, she doesn't have it,

10 she's not going out to her squad to get it. He

11 doesn't have an unredacted version. You don't

12 have an unredacted version. You had the plate

13 numbers at some point. You don't have them today.

14 Oh, well, we're going on without them. So, next

15 question.

16 MR. HALBERG: Right. I just -- I'll

17 follow up with that she testified further the

18 notes in her report. So, I'll just follow up with

19 that. Um, so --

20 JUDGE: If you've got -- got the

21 (inaudible) that's great (inaudible) --

22 MR. HALBERG: Officer, I'm going to show

23 you what's been marked, um, as Exhibits 1 and 2.

24 These are just off of

25 the Internet. Do you recognize the house that you

1 were at from those pictures?

2 MS. STUDINSKI-TORYFTER: I was there at

3 night, so it's hard to tell from these daytime

4 photos.

5 MR. HALBERG: Okay. Do you, um, see

6 the -- the driveway area? Do you remember where

7 the cars were parked that you saw?

8 MS. STUDINSKI-TORYFTER: I don't. There

9 was one in the street and, I believe, four in the

10 driveway.

11 MR. HALBERG: All right. And so -- so

12 you don't -- that doesn't help your recollection

13 at all?

14 MS. STUDINSKI-TORYFTER: I don't recall

15 where the vehicles were, no.

16 MR. HALBERG: Okay. And, um, you

17 testified about a half moon above the door. Does

18 that refresh your recollection at all?

19 MS. STUDINSKI-TORYFTER: My recollection

20 as far as the vehicles?

21 MR. HALBERG: Um, the half -- the -- the

22 front of the house or the -- the daytime just

23 makes it impossible.

24 MS. STUDINSKI-TORYFTER: I see there's

25 some sort of half-moon window above this door,

1 yes.

2 MR. HALBERG: Oh, okay, all right. Now,

3 um, can you tell me who, um, made the 4-1-1 tip

4 call?

5 MS. STUDINSKI-TORYFTER: It's an

6 anonymous tip system.

7 MR. HALBERG: You understand that's

8 anonymous, but in your training, you understand

9 when you come to court, if you're using that tip

10 as the probable cause, that it can't be anonymous?

11 MR. SADJAK: Object, argumentative.

12 JUDGE: Well, it's argumentative and

13 it's -- um, let's just ask the first question. Do

14 you know -- do you know who made the tip?

15 MS. STUDINSKI-TORYFTER: No.

16 MR. HALBERG: And so, you went to the

17 house based on a tip that you don't have any --

18 you can't tell the court who actually made the tip

19 at this point?

20 MS. STUDINSKI-TORYFTER: It was an

21 anonymous tip.

22 MR. HALBERG: Okay. And so, um, when

23 you got to the house, you, uh, indicated that you

24 saw four vehicles and you wrote down their

25 plates, correct?

1 MS. STUDINSKI-TORYFTER: The license

2 plates, right.

3 MR. HALBERG: The license plates. And

4 when your attorney was asking you, you indicated

5 that you, um, ran the plates to see whose cars

6 they were?

7 MS. STUDINSKI-TORYFTER: Either radioed

8 them to dispatch for dispatch to run them or ran

9 them in squad, right.

10 MR. HALBERG: And why didn't you put the

11 results of that, um, search in your police report?

12 MS. STUDINSKI-TORYFTER: Results of what

13 search?

14 MR. HALBERG: The -- the -- when you ran

15 the plates.

16 MS. STUDINSKI-TORYFTER: I'm not sure

17 what you mean.

18 MR. HALBERG: You -- you called in the

19 plates or you did the search from your squad is

20 your testimony, correct?

21 MS. STUDINSKI-TORYFTER: They were

22 somehow queried, correct.

23 MR. HALBERG: And the answers to the

24 query, you did not put in your report?

25 MS. STUDINSKI-TORYFTER: I'm not -- I'm

1 not sure what you're asking.

2 MR. HALBERG: You put the plates in your

3 report, correct?

4 MS. STUDINSKI-TORYFTER: Correct, and

5 then a copy of the return is electronically

6 attached to the call as well as placed in the case

7 file folder the Department of Transportation for

8 (inaudible) of vehicle information, the

9 registration is current, will list two things like

10 that.

11 MR. HALBERG: And you didn't bring that

12 today?

13 MS. STUDINSKI-TORYFTER: Correct.

14 MR. HALBERG: And you didn't put the

15 results of the search in -- whose plates they were

16 into your report?

17 MS. STUDINSKI-TORYFTER: The plates are

18 in the case file folder. The returns, the

19 results, are in the case file folder.

20 MR. HALBERG: Why didn't you put them in

21 your report?

22 MS. STUDINSKI-TORYFTER: Put them in as

23 in?

24 MR. HALBERG: In your police report.

25 MS. STUDINSKI-TORYFTER: I'm not sure

1 what you mean "put them in." I know that they're
2 listed in the report, and then all the printouts
3 are included in the folder.
4          MR. HALBERG: But not in the report.
5          MS. STUDINSKI-TORYFTER: As far as?
6          MR. HALBERG: As far as who owned the
7 cars.
8          MS. STUDINSKI-TORYFTER: I'm not sure.
9 I would need to look at the report if I put that
10 in or not. I don't recall who all the vehicles
11 list to.
12          JUDGE: Pull the microphone closer.
13          (Inaudible conversation.)
14          MR. SADJAK: Is that one?
15          MR. HALBERG: This is all you need.
16          MR. SADJAK: Oh, this is for me.
17          MR. HALBERG: Yeah.
18          MR. SADJAK: Sorry.
19          (Inaudible.)
20          MR. HALBERG: I'm going to show you
21 what's been marked as Exhibit 8 for
22 identification.
23          JUDGE: Three.
24          MR. HALBERG: I'm sorry, 3. I don't
25 know why I said that. Exhibit 3.

1          And, uh, do you -- um, with the
2 redacted, can you look through that and see if you
3 recall that as your report?
4          MS. STUDINSKI-TORYFTER: Yes, the
5 incident report.
6          MR. HALBERG: Okay. And so, if you look
7 on page 7 of -- 7 of 10, in Exhibit 3, the second
8 paragraph, uh, indicated there's the -- that's
9 where the license plates are crossed out?
10          MS. STUDINSKI-TORYFTER: I'm not sure
11 what's under the redaction, but that would be the
12 general format of how they would be listed in the
13 report, yes.
14          MR. HALBERG: It says four vehicles
15 parked in the driveway, and then there's, uh,
16 four, uh, blacked out spaces after that with WI
17 after them.
18          MS. STUDINSKI-TORYFTER: Correct.
19          MR. HALBERG: Okay. Now, when you ran
20 the plates, when you -- either you did them in
21 your squad, how did you use those -- that
22 information to make a determination of what you
23 would do further at that point?
24
25 the license -- it obviously would have been less

1 suspicious, for example, if all the vehicles in
2 the driveway had happened to list to the
3 homeowners, the vehicle that was on the street
4 listed the homeowner, things like that, so.
5          MR. HALBERG: Sure. Do you know -- um,
6 do you know the homeowner?
7          MS. STUDINSKI-TORYFTER: I've met him
8 through work.
9          MR. HALBERG: Okay. And do you know
10 what he does for a living?
11          MS. STUDINSKI-TORYFTER: No.
12          MR. HALBERG: Okay. All right. So,
13 then, um, you made some phone calls and then you
14 went to the front door?
15          MS. STUDINSKI-TORYFTER: I'm not sure
16 which happened first.
17          MR. HALBERG: Okay. At some point you
18 were at the front door?
19          MS. STUDINSKI-TORYFTER: Correct.
20          MR. HALBERG: Now, um, where was Officer
21 Brandemuehl while you were at the front door?
22          MS. STUDINSKI-TORYFTER: I'm not sure.
23          MR. HALBERG: You're not sure?
24          MS. STUDINSKI-TORYFTER: Not sure which,
25 if he was next to me or on a certain perimeter

1 position. I know I was at the front door.
2 Officer Shasso was at the rear of the residence.
3          MR. HALBERG: If you, um, refer to, um,
4 page 7 again of Exhibit 3.
5          MS. STUDINSKI-TORYFTER: Hmm-hmm.
6          MR. HALBERG: Yes? You have to say yes
7 or no. Yes?
8          MS. STUDINSKI-TORYFTER: I'm sorry?
9          MR. HALBERG: You said -- you, uh --
10          JUDGE: Just ask the question.
11          MS. STUDINSKI-TORYFTER: I'm on page 7.
12          MR. HALBERG: Okay. Um, if you look at
13 the, uh, third paragraph, does that refresh your
14 recollection?
15          MS. STUDINSKI-TORYFTER: Yes, it says
16 Officer Brandemuehl and I attempted contact at the
17 front door.
18          MR. HALBERG: All right. So at that
19 time you could not see Officer Rudolph or
20 Sergeant -- acting Sergeant Shasso while you were
21 at the front door?
22          MS. STUDINSKI-TORYFTER: Correct.
23          MR. HALBERG: All right. So you said
24 that you -- you saw -- you heard earlier when you
25 testified. Do you remember that?

1 MS. STUDINSKI-TORYFTER: Yes.

2 MR. HALBERG: All right. And when you

3 say "we," um, you -- are you, who are you talking

4 about?

5 MS. STUDINSKI-TORYFTER: I saw

6 scattering from -- from where I was standing at

7 the front porch.

8 MR. HALBERG: Okay. So you saw

9 scattering. But you don't know what Officer

10 Brandemuehl said, as we sit here today?

11 MS. STUDINSKI-TORYFTER: I don't -- I'm

12 not sure what?

13 MR. HALBERG: Right. You can testify

14 that you saw scattering.

15 MS. STUDINSKI-TORYFTER: Correct.

16 MR. HALBERG: And where did you see the

17 scattering?

18 MS. STUDINSKI-TORYFTER: Through that

19 half-moon window.

20 MR. HALBERG: And, um, did you see

21 anybody, um, drinking any -- drinking anything

22 that appeared to be drinking alcohol?

23 MS. STUDINSKI-TORYFTER: I didn't see if

24 they were carrying anything, they were running

25 around so fast.

1 MR. HALBERG: How many individuals did

2 you see?

3 MS. STUDINSKI-TORYFTER: I'm not sure,

4 several.

5 MR. HALBERG: 10, 20, 5?

6 MS. STUDINSKI-TORYFTER: However many

7 could fit up on the landing. A couple were

8 running back and forth repeatedly.

9 MR. HALBERG: And so, how far away from

10 those individuals were you when you were on the

11 front porch?

12 MS. STUDINSKI-TORYFTER: It's hard to

13 estimate. I was looking through a window, the

14 landing was fairly close to the window. I'm not

15 sure how many feet it would have been.

16 MR. HALBERG: Okay.

17 JUDGE: All right. I'll call that 4.

18 MR. HALBERG: Why don't we just

19 (inaudible) --

20 JUDGE: Yeah, she can (inaudible) --

21 MR. HALBERG: (Inaudible).

22 JUDGE: Um, no, no, no, no, she's -- do

23 them all individual.

24 UNIDENTIFIED SPEAKER: I would (inaudible) --

25 all, okay.

1 JUDGE: (Inaudible) paperclip.

2 (Inaudible.)

3 MR. HALBERG: Officer, um, do you recall

4 taking photographs the night of October 31st or

5 November 1, 2015?

6 MS. STUDINSKI-TORYFTER: I don't recall

7 who was in charge of taking the photos. I'm not

8 sure if (inaudible).

9 MR. HALBERG: Oh, so if you refer to,

10 um, uh, page 10 of Exhibit 3.

11 MS. STUDINSKI-TORYFTER: Okay.

12 MR. HALBERG: And does that -- um, it

13 says photos from patrol camera. Does that refresh

14 your recollection at all or no?

15 MS. STUDINSKI-TORYFTER: It doesn't.

16 That's a portable camera that multiple people take

17 on different nights.

18 MR. HALBERG: Okay.

19 MS. STUDINSKI-TORYFTER: Photos were

20 taken, I'm just not sure of the photographer.

21 MR. HALBERG: Okay. I'm going to show

22 you, um, what's been marked for identification as

23 Defendant's Exhibit 4.

24 MS. STUDINSKI-TORYFTER: Okay.

25 MR. HALBERG: And ask now does that, um,

1 photo refresh your recollection of the scene on

2 the night of October 31, 2015?

3 MS. STUDINSKI-TORYFTER: Yes.

4 MR. HALBERG: All right. So when you're

5 talking about the front door, is that what you're

6 referring to? Oh, let's just -- we got to get --

7 I can't -- I have to have you -- I have to say

8 what you're looking at.

9 MS. STUDINSKI-TORYFTER: Hmm-hmm.

10 MR. HALBERG: So, just on the

11 Defendant's Exhibit 4 --

12 MS. STUDINSKI-TORYFTER: Okay.

13 MR. HALBERG: That refreshes your

14 recollection of the front door?

15 MS. STUDINSKI-TORYFTER: Yes.

16 MR. HALBERG: Okay. All right. So, now

17 let's -- all right. So, now I'm going to show you

18 Defendant's Exhibit 5. And we're -- we pushed in

19 a little closer on the door. Does that, uh, do

20 you recognize Exhibit 5 as the front door?

21 MS. STUDINSKI-TORYFTER: It looks like

22 it.

23 MR. HALBERG: Okay. And the half-moon

24 there was -- where you could see people up from your

25 position on the front -- on the front stairs?

1    MS. STUDINSKI-TORYFTER:  Wherever I was
2  in and around the door area when we were
3  attempting to make contact, yes.
4        MR. HALBERG:  So, do you know whether,
5  when you were attempting to make contact, you were
6  standing on the porch when you saw the landing
7  or --
8        MS. STUDINSKI-TORYFTER:  I don't know
9  where I was standing --
10       MR. HALBERG:  Okay.
11       MS. STUDINSKI-TORYFTER:  -- specifically.
12 I saw them scatter.
13       MR. HALBERG:  Now if I refer you back to
14 Defendant's Exhibit 4 and then ask you -- um, at
15 some point, uh, your counsel asked you about the
16 windows and blinds, uh --
17       MS. STUDINSKI-TORYFTER:  Hmm-hmm.
18       MR. HALBERG:  Just yes, you have to
19 say --
20       MS. STUDINSKI-TORYFTER:  Yes.
21       MR. HALBERG:  So if I showed you
22 Defendant's Exhibit 6, uh, can you -- does that
23 look like the -- uh, refresh your recollection of
24 the blinds on that particular night?
25       MS. STUDINSKI-TORYFTER:  Which side of

1  the house was that from?
2        MR. HALBERG:  Well, if you looked at the
3  front picture on the left there --
4        MS. STUDINSKI-TORYFTER:  So, you're
5  saying Exhibit 4, left windows is that --
6        MR. HALBERG:  I'm asking you.
7        MS. STUDINSKI-TORYFTER:  -- Exhibit 6
8  blown up?
9        MR. HALBERG:  Right.  That's what I'm
10 asking you.  Is that -- is the windows --
11       MS. STUDINSKI-TORYFTER:  Are those
12 photos that we took that evening?
13       MR. HALBERG:  No, this is just -- these
14 are different, these are of that.  That's what I'm
15 asking you.
16       MS. STUDINSKI-TORYFTER:  Is that a photo
17 that the police department took?
18       MR. HALBERG:  I -- I have to ask the
19 questions.  But I will -- let me ask you this:  Do
20 you -- does this refresh your recollection at all
21 of that night?
22       MS. STUDINSKI-TORYFTER:  I'm not sure
23 I've ever seen that photo.
24       MR. HALBERG:  Okay.  That's not -- that's
25 what I'm asking.  I'm asking does --

1    MS. STUDINSKI-TORYFTER:  So, no.
2        MR. HALBERG:  Does this photo refresh
3  your recollection of what the front of the house
4  looked like?
5        MS. STUDINSKI-TORYFTER:  No.
6        MR. HALBERG:  Okay.  All right.  Thank
7  you.
8        Now -- all right.  Now, um, I have to
9  ask you about -- uh, so, a difference between your
10 testimony and your report.  And just to clarify,
11 you indicated that Officer Shasso, when he was one
12 of the officers -- or acting Sergeant Shasso was
13 in the back securing the perimeter?
14       MS. STUDINSKI-TORYFTER:  Correct.
15       MR. HALBERG:  And then you indicated
16 that he told you that he looked through the window
17 and saw alcohol bottles or cans?
18       MS. STUDINSKI-TORYFTER:  He advised me
19 he saw alcohol containers or alcohol.
20       MR. HALBERG:  All right.  And then you
21 went and made the observation?
22       MS. STUDINSKI-TORYFTER:  I also observed
23 them.
24       MR. HALBERG:  All right.  So you -- um,
25 do you recall what you observed?

1    MS. STUDINSKI-TORYFTER:  Vodka and a PBR
2  can.
3        MR. HALBERG:  Well, when you say --
4        MS. STUDINSKI-TORYFTER:  Sorry, Pabst
5  Blue Ribbon.
6        MR. HALBERG:  Thank you.  There may be
7  somebody not from Milwaukee listening to this or
8  reading this.
9        Um, all right.  So, uh, you saw a vodka
10 bottle and a -- and a can of Pabst Blue Ribbon?
11       MS. STUDINSKI-TORYFTER:  Correct.
12       MR. HALBERG:  And did you see any --
13 when you looked in the window, did you see any
14 people at that point?
15       MS. STUDINSKI-TORYFTER:  I don't recall.
16       MR. HALBERG:  All right.  And where was
17 this window?
18       MS. STUDINSKI-TORYFTER:  At the rear of
19 the residence.
20       MR. HALBERG:  And -- and can you tell
21 the court how you -- you -- how you were able to
22 see through the window?
23       MS. STUDINSKI-TORYFTER:  I'm now sure
24 you went to the window and
25 looked through it.

1      MR. HALBERG:  And you looked through
2  what?
3      MS. STUDINSKI-TORYFTER:  I'm not sure
4  what you mean.
5      MR. HALBERG:  How -- what did -- you
6  said you looked through.  Was the window wide
7  open?  Was it closed?  Was it blinds?
8      MS. STUDINSKI-TORYFTER:  I'm not sure
9  exactly the window treatment.  However it was set
10 up, I was able to see inside of the house clearly.
11     MR. HALBERG:  So, how far away were you
12 from the window when you were able to see inside
13 of the house?
14     MS. STUDINSKI-TORYFTER:  I'm not sure.
15     MR. HALBERG:  20 feet, 30 feet, 5
16 inches?
17     MS. STUDINSKI-TORYFTER:  I'm not sure
18 how far away I was from the window when I was
19 looking inside.
20     MR. HALBERG:  How did you -- how were
21 you able to -- what did you -- okay.  Let me ask
22 you again.  So, um, based on your observation,
23 you -- of you seeing the alcohol, you -- you
24 decided to apply for a search warrant?
25     MS. STUDINSKI-TORYFTER:  Not solely on

1  that.
2      MR. HALBERG:  I understand, but that
3  was -- was there anything after that?
4      MS. STUDINSKI-TORYFTER:  I'm not sure
5  what you mean.
6      MR. HALBERG:  Was there any factors that
7  occurred after you saw the alcohol bottles that
8  led you to -- additional factors in terms of
9  getting the search warrant?
10     MS. STUDINSKI-TORYFTER:  I'm not --
11     MR. HALBERG:  Or was that --
12     MS. STUDINSKI-TORYFTER:  I'm not sure
13 where in terms of all the individual circumstances
14 that led me to believe that.  I'm not sure where
15 that fell in terms of everything.  It was just
16 based on the totality of the circumstances on the
17 scene.  I'm not sure --
18     MR. HALBERG:  I understand.
19     MS. STUDINSKI-TORYFTER:  -- if I saw
20 things --
21     MR. HALBERG:  Okay.  Well let's go
22 through --
23     MS. STUDINSKI-TORYFTER:  -- before or
24 after --
25     MR. HALBERG:  -- it.

1      MS. STUDINSKI-TORYFTER:  -- that.
2      MR. HALBERG:  Let's go through it.
3  The -- it came after the anonymous tip, correct?
4      MS. STUDINSKI-TORYFTER:  Yes.
5      MR. HALBERG:  It came after you observed
6  the vehicles in the driveway?
7      MS. STUDINSKI-TORYFTER:  Yes.
8      MR. HALBERG:  After you ran the plates?
9      MS. STUDINSKI-TORYFTER:  Yes.
10     MR. HALBERG:  After you knocked on the
11 front door?
12     MS. STUDINSKI-TORYFTER:  Yes.
13     MR. HALBERG:  After you saw individuals
14 scattering?
15     MS. STUDINSKI-TORYFTER:  Yes.
16     MR. HALBERG:  And, um, at that point,
17 nobody answered the front door and you went -- um,
18 Officer Shasso told you he saw alcohol bottles.
19 He went around to the back?
20     MS. STUDINSKI-TORYFTER:  I made several
21 phone calls at some point, too.  I'm not sure
22 where those fit in.
23     MR. HALBERG:  I understand.  We don't --
24 I -- I'm not challenging on that, but then after
25 you saw the alcohol bottles, in terms of all the

1  factors you testified, is there anything you can
2  think of after that point, after you saw the
3  alcohol in the context of everything else you
4  just -- we went through?
5      MS. STUDINSKI-TORYFTER:  I'm not sure if
6  there was anything after that.
7      MR. HALBERG:  Okay.
8      MS. STUDINSKI-TORYFTER:  I don't
9  remember (inaudible) --
10     MR. HALBERG:  All right.  So at that
11 point, you talked to the district attorney?  You
12 called the district attorney, Adam Gerol?
13     MS. STUDINSKI-TORYFTER:  I did call Adam
14 Gerol.
15     MR. HALBERG:  And -- and so he -- um,
16 you -- you described the circumstances to him?
17     MS. STUDINSKI-TORYFTER:  Correct.
18     MR. HALBERG:  All right.  And, um, I'm
19 not going to ask you what you told you to do, but
20 based on that, you, uh, started -- at some point,
21 you -- did you go by yourself to the judge's house
22 or with a partner?
23     MS. STUDINSKI-TORYFTER:  By myself.  We
24 --
25     MR. HALBERG:  All right.  So you drove

## 50

1  solo to Judge Sandy Williams' house?
2      MS. STUDINSKI-TORYFTER:  Correct.
3      MR. HALBERG:  And that seemed to be
4  about one o'clock in the morning?
5      MS. STUDINSKI-TORYFTER:  Don't recall
6  what time it was.
7      MR. HALBERG:  All right.  If you, uh,
8  look at, uh, page 9 of your report.  At the top,
9  somewhere in the first -- under the first
10 paragraph, it talks about officers administering
11 preliminary breath tests -- breath tests about
12 1:50 a.m.
13     MS. STUDINSKI-TORYFTER:  Okay.
14     MR. HALBERG:  So, it went -- a long time
15 passed between when you first drove to the house
16 and when you got to the judge's house?
17     MS. STUDINSKI-TORYFTER:  It is,
18 unfortunately, a long process, yes.
19     MR. HALBERG:  All right.  So now, um,
20 you -- um, you recall preparing an affidavit, you
21 said, in your car?
22     MS. STUDINSKI-TORYFTER:  Yes.
23     MR. HALBERG:  And you presented that to
24 the judge?
25     MS. STUDINSKI-TORYFTER:  Correct.

## 51

1      MR. HALBERG:  And then she signed the
2  warrant?
3      MS. STUDINSKI-TORYFTER:  Correct.
4      MR. HALBERG:  Did she ask you --
5  interview you about your affidavit?
6      MS. STUDINSKI-TORYFTER:  I don't recall
7  specifically what our conversation was.
8      MR. HALBERG:  I'm going to show you
9  what's been marked for identification as
10 Defendant's Exhibit 18.  Do you recognize that
11 document?
12     MS. STUDINSKI-TORYFTER:  Yes.
13     MR. HALBERG:  And what is that?  Can you
14 tell the court, please?
15     MS. STUDINSKI-TORYFTER:  This is the
16 appropriate search warrant --
17     MR. HALBERG:  This is what?
18     MS. STUDINSKI-TORYFTER:  -- paperwork.
19 The appropriate search warrant paperwork that I
20 would have filled out that night.
21     MR. HALBERG:  You would have or you did?
22     MS. STUDINSKI-TORYFTER:  And that's
23 included in the case file.
24     MR. HALBERG:  I'm asking you -- or you --
25 you said you would have, did you fill this out?

## 52

1  Is this a copy of your affidavit?
2      MS. STUDINSKI-TORYFTER:  Yes, this is a
3  copy of all the search warrant paperwork.
4      MR. HALBERG:  And how do you know that?
5      MS. STUDINSKI-TORYFTER:  There's my
6  writing, my signature.
7      MR. HALBERG:  All right.  And, um, on --
8  so on the third page of Exhibit 18 is your
9  signature?
10     MS. STUDINSKI-TORYFTER:  Two, three --
11 yes, third page.
12     MR. HALBERG:  And, um, as, um, I'm sure
13 you're familiar with affidavits, you need to swear
14 that it's true to a -- in front of a notary?
15     MS. STUDINSKI-TORYFTER:  What's the
16 question?
17     MR. HALBERG:  The -- when you fill out
18 an affidavit, it -- you -- you can't sign it in
19 your car, you have to sign it in front of a
20 notary, correct?
21     MS. STUDINSKI-TORYFTER:  I don't recall
22 when specifically this was signed.  Generally, we
23 don't sign any paperwork before we're in front of
24 the judge.
25     MR. HALBERG:  Okay.  That's what I'm

## 53

1  asking, so --
2      MS. STUDINSKI-TORYFTER:  Correct.
3      MR. HALBERG:  -- on -- on this one,
4  there's -- um, below your signature is the name of
5  Sandy Williams.
6      MS. STUDINSKI-TORYFTER:  Correct, which
7  she would have signed.
8      MR. HALBERG:  So, right -- and right
9  above her name, it says, "Subscribed and sworn to
10 me."  So you -- you're essentially swearing that
11 everything in the affidavit is true?
12     MS. STUDINSKI-TORYFTER:  Correct.
13     MR. HALBERG:  All right.
14     MS. STUDINSKI-TORYFTER:  The affidavit
15 that I completed.
16     MR. HALBERG:  Okay.  So let's go back to
17 the first page of Exhibit 18.  And, uh, in there,
18 in the warrant, you don't put anything in about
19 the anonymous tip, correct?
20     MS. STUDINSKI-TORYFTER:  Let me take a
21 look here.
22     MR. HALBERG:  On the second page --
23     MS. STUDINSKI-TORYFTER:  It states we
24 were able to perform
25     MR. HALBERG:  Right.  So you did not

1 tell the judge that it was an anonymous tip,
2 correct?
3          MS. STUDINSKI-TORYFTER:  I don't recall
4 at what point or if we would have had that
5 conversation.
6          MR. HALBERG:  But the affidavit does not
7 provide -- the affidavit under oath -- the
8 affidavit is correct, right?  "We were alerted,"
9 but it doesn't tell the whole story, correct?
10          MS. STUDINSKI-TORYFTER:  I don't see the
11 word "tip 4-1-1" on that page --
12          MR. HALBERG:  Okay.
13          MS. STUDINSKI-TORYFTER:  -- correct.
14          MR. HALBERG:  All right.  So now we talk
15 about the place to be searched, and you have the
16 address of the house and a description of the
17 house.  Then you have there are now located and
18 concealed items to be searched for to wit.
19          Now, let's, um, clear something up.
20 On -- with regard to Exhibit 18, this is not a
21 document you drafted in your squad, this is a
22 document -- this is a form that you pulled up and
23 filled out, correct?
24          MS. STUDINSKI-TORYFTER:  Correct, these
25 are forms that we have electronically available in

1 bottle?
2          MS. STUDINSKI-TORYFTER:  I don't recall.
3          MR. HALBERG:  All right.  And was there
4 beer in the can?  I realize you can't answer that,
5 correct?
6          MS. STUDINSKI-TORYFTER:  I couldn't see
7 inside it --
8          MR. HALBERG:  Right.
9          MS. STUDINSKI-TORYFTER:  -- from where I
10 was.
11          MR. HALBERG:  So, in your -- under your
12 oath, you said "alcohol beverages," but you really
13 just saw alcohol beverage containers, correct?
14          MS. STUDINSKI-TORYFTER:  I did see
15 containers that --
16          MR. HALBERG:  Right, but not alcohol.
17          MS. STUDINSKI-TORYFTER:  -- are meant to
18 contain alcohol.
19          MR. HALBERG:  Right.  And it -- and then
20 it says, "Persons under 21 -- under the age of
21 21."  And in that circumstance, you -- and you
22 indicated that you -- um, uh, uh, the only
23 information you have is your testimony that you
24 saw people while you were somewhere in the front
25 of the house on the landing.  There's nothing more

1 the car so --
2          MR. HALBERG:  So, you print out the
3 form --
4          MS. STUDINSKI-TORYFTER:  -- allow --
5          MR. HALBERG:  -- you print out the form
6 and -- and the first section, alcohol beverages
7 and persons under 21 -- under the age of 21 are
8 checked?
9          MS. STUDINSKI-TORYFTER:  Correct.
10          MR. HALBERG:  Now, um, I didn't hear --
11 I heard you say that you saw a -- a beer can and a
12 vodka bottle.  I didn't hear you say that you saw
13 alcohol.  You can't testify whether those bottles
14 had alcohol in them today, can you?
15          MS. STUDINSKI-TORYFTER:  Beer cans
16 contain alcohol and vodka bottles contain alcohol.
17          MR. HALBERG:  I -- I understand when
18 they were new.  But I'm asking you, in your
19 affidavit where you say "alcoholic beverages," at
20 that point, you didn't see anybody walking around
21 drinking in red solo cups or getting beer out of a
22 keg; you saw a vodka bottle, correct?
23          MS. STUDINSKI-TORYFTER:  Alcohol
24 containers --
25          MR. HALBERG:  Was there vodka in the

1 than that, correct?
2          MS. STUDINSKI-TORYFTER:  What's the
3 question?
4          MR. HALBERG:  You didn't -- you didn't
5 see -- there's no other instance of your -- in
6 terms of your affidavit seeing persons under 21,
7 you're basing that only on your observation while
8 you were at the front of the house looking at the
9 landing?
10          MS. STUDINSKI-TORYFTER:  Of the young
11 people we saw, correct.
12          MR. HALBERG:  Right.  All right.  So,
13 now the next section is, "Which are evidence of
14 the crime of --" and you have, um, "underage
15 alcohol possession and furnishing alcoholic
16 beverages to underage persons."  So, let's take
17 and -- and those checkmarks are checkmarks you
18 applied, correct?
19          MS. STUDINSKI-TORYFTER:  Correct.
20          MR. HALBERG:  All right.  Can you tell
21 the court what information you had that allowed
22 you to swear that a crime was -- uh, was being
23 committed regarding alcohol beverages being
24 supplied -- uh, furnishing alcoholic
25 beverages to underage persons?

1   MS. STUDINSKI-TORYFTER: This is just a
2   cookie-cutter form.
3   MR. HALBERG: I'm -- well --
4   MS. STUDINSKI-TORYFTER: I didn't put
5   the word "crime" in there.
6   MR. HALBERG: What -- you didn't see the
7   word crime?
8   MS. STUDINSKI-TORYFTER: I'm sorry?
9   MR. HALBERG: You said -- what about --
10  what did you just say? I didn't hear you.
11  MS. STUDINSKI-TORYFTER: That this is
12  just a -- a cookie-cutter form that we're
13  provided. We don't put in --
14  MR. HALBERG: When you say we --
15  MS. STUDINSKI-TORYFTER: -- the headings
16  and things like that.
17  MR. HALBERG: When you say --
18  MS. STUDINSKI-TORYFTER: We just check
19  the box.
20  MR. HALBERG: I want to just -- I'm
21  sorry.
22  MS. STUDINSKI-TORYFTER: (Inaudible).
23  MR. HALBERG: I don't want to be the --
24  I wanted you to say what you did, not we. So,
25  you're saying that the boxes were already checked

1   when you printed it out or you checked the boxes?
2   MS. STUDINSKI-TORYFTER: No, that the
3   form, the headings, the verbiage, things like
4   that, of these generic sections are as is. We
5   don't alter those. We just check the boxes off of
6   things that we observe.
7   MR. HALBERG: Okay. And now what I want
8   you to testify about is what have you testified
9   about here today that you checked the box about --
10  about someone an -- an -- person over 21
11  furnishing to somebody under 21?
12  MS. STUDINSKI-TORYFTER: What's the
13  question?
14  MR. HALBERG: What -- what factual basis
15  do you have for checking the second box,
16  furnishing alcohol, that a person of age, over 21,
17  furnished to somebody under 21?
18  MS. STUDINSKI-TORYFTER: We weren't sure
19  who was providing the alcohol.
20  MR. HALBERG: I'm not asking you what
21  you were sure about. I'm asking, you swore under
22  oath that this was true. I'm asking you under
23  this circumstance, what facts can you tell the
24  judge that caused you to put -- to check this box
25  under oath?

1   MR. SADJAK: Object. Asked and
2   answered. She answered the question.
3   MR. HALBERG: She did not.
4   JUDGE: Well --
5   MR. SADJAK: You may not like the
6   answer, but she answered the question.
7   MR. HALBERG: Well --
8   JUDGE: Yeah, I think she has answered
9   the question. She -- uh, well, can you clarify
10  your answer?
11  MR. HALBERG: She just said "we weren't
12  sure."
13  MS. STUDINSKI-TORYFTER: Somehow
14  underage persons had alcohol available to them, so
15  they must have gotten it somehow.
16  MR. HALBERG: Okay. I still -- you --
17  you're just speculating now, correct?
18  MS. STUDINSKI-TORYFTER: There was
19  alcohol and there were underage persons, so I
20  checked the box underage persons had been
21  furnished alcohol.
22  MR. HALBERG: Okay. And again, you're
23  talking about alcohol containers, correct?
24  MS. STUDINSKI-TORYFTER: Alcohol in
25  general.

1   MR. HALBERG: Yeah, but you didn't see
2   any alcohol?
3   MS. STUDINSKI-TORYFTER: We saw alcohol
4   containers, correct.
5   MR. HALBERG: Right. But you saw --
6   MS. STUDINSKI-TORYFTER: Alcohol --
7   MR. HALBERG: -- alcohol containers --
8   MS. STUDINSKI-TORYFTER: -- containers
9   contain alcohol.
10  MR. HALBERG: -- and you are assuming
11  that a person, uh, of age provided those?
12  MS. STUDINSKI-TORYFTER: I'm not sure
13  how they obtained them.
14  MR. HALBERG: You're not sure. And --
15  and you weren't sure that night either, were you?
16  MS. STUDINSKI-TORYFTER: I just know
17  that I checked the box because underage persons --
18  MR. HALBERG: Well --
19  MS. STUDINSKI-TORYFTER: -- believed to
20  be in possession of alcohol, so I checked that
21  alcoholic beverages were furnished to underage
22  persons.
23  MR. HALBERG: Right. What we're -- but
24  you don't know who furnished underage persons -- I could
25  speculate they went to the store and weren't

1 carded, correct?
2     MS. STUDINSKI-TORYFTER: I'm not sure
3 how they got them.
4     MR. HALBERG: Right. So you don't --
5 you -- that's -- okay.
6     So, we're building toward you presented
7 a judge with an affidavit under oath, and right
8 now you can't -- you're not sure that there is any
9 facts about someone providing the alcohol?
10     MR. SADJAK: Objection.
11     MS. STUDINSKI-TORYFTER: What's the
12 question?
13     MR. SADJAK: That's characterizing the
14 testimony.
15     JUDGE: Right.
16     MR. SADJAK: And he's expecting her to
17 answer.
18     JUDGE: All right.
19     MR. HALBERG: Okay.
20     JUDGE: That's not a question that she
21 needs to answer. The court's not going to
22 consider.
23     MR. HALBERG: Okay. I'm sorry, I didn't
24 hear the -- what did you say? I didn't hear the
25 court.

1     JUDGE: She's not going to answer it,
2 and I'm not going to consider your question.
3     MR. HALBERG: What? You mean the -- but
4 you'll consider the previous testimony?
5     JUDGE: Of course.
6     MR. HALBERG: Okay. Thank you.
7     JUDGE: Next question.
8     MR. HALBERG: Okay. Um, can you tell
9 the court under what circumstances furnishing
10 alcohol to a minor or a person under 21 is a
11 crime?
12     MS. STUDINSKI-TORYFTER: I'm not sure
13 what you mean.
14     MR. HALBERG: It -- the heading says the
15 evidence of the crime of furnishing alcoholic
16 beverages to underage persons, under -- and I'm
17 asking you, under what circumstances is it a -- is
18 that action a crime?
19     MS. STUDINSKI-TORYFTER: It just says
20 Chapter 125 Statutes in violation of.
21     MR. HALBERG: All right.
22     MR. SADJAK: I can see what it is. You
23 can --
24     MR. HALBERG: Yeah -- (inaudible) --
25     JUDGE: I mean, I can see -- is it a

1 portion of Chapter 125?
2     MR. HALBERG: 127.07 (inaudible) --
3     JUDGE: So, let's just -- let's
4 short-circuit this a little bit.
5     MR. HALBERG: Okay.
6     JUDGE: I mean, the court can take
7 judicial notice of what the statutes say or what
8 they said on that particular day. You certainly
9 can argue that -- I suspect you'll make the point
10 that there are no criminal furnishing underage
11 offenses within 125?
12     MR. HALBERG: No, I wouldn't -- no,
13 there actually are.
14     JUDGE: Um --
15     MR. HALBERG: 125, um, 125.07 --
16     JUDGE: -- but she doesn't need to weigh
17 in on what the statute says or not, because he's
18 going to object and say it's calling for a legal
19 conclusion. You can make your argument and I'll
20 determine what the statute says or doesn't say.
21     MR. HALBERG: That's not what I'm -- I'm
22 not asking her for a legal conclusion.
23     JUDGE: All right.
24     MR. HALBERG: I just want to ask her
25 about what she -- why she checked that box.

1     All right. So, uh, we're going to take
2 judicial notice of the statute, if you would look
3 at this, please.
4     MS. STUDINSKI-TORYFTER: Hmm-hmm.
5     MR. HALBERG: Um, Defendant's Exhibit
6 12, Chapter 125.07 underage intoxicated persons
7 present on a licensed premises -- premises,
8 possession penalties. And so, there is a -- a
9 phrase here that no one may procure, sell, or give
10 away alcohol to an underage person. That's what
11 you're referring to when you checked the box,
12 correct?
13     MS. STUDINSKI-TORYFTER: This only says
14 Chapter 125 Statute.
15     MR. HALBERG: Right.
16     MS. STUDINSKI-TORYFTER: So, it would
17 constitute all of 125. I'm not -- it doesn't --
18     MR. HALBERG: Okay.
19     MS. STUDINSKI-TORYFTER: -- list a
20 specific subheading --
21     MR. HALBERG: All right.
22     MS. STUDINSKI-TORYFTER: -- of 07.
23     MR. HALBERG: So, what I want you to
24 look at is, uh, Document 125.07 4A and B.
25 And if you could read those two sentences.

1    MS. STUDINSKI-TORYFTER: (Inaudible) 4B
2 to A, B?
3    MR. HALBERG: The bottom two sentences,
4 if you could read those, please. I mean, read
5 them to the court.
6    MS. STUDINSKI-TORYFTER: A says,
7 "Required to forfeit not more than $500 if the
8 person has not committed a previous violation
9 within 30 months of the violation."
10    MR. HALBERG: Okay.
11    MS. STUDINSKI-TORYFTER: "Fined not more
12 than $500 or imprisoned for not more than 30 days
13 or both if the person has committed a previous
14 violation within 30 months of the violation."
15    MR. HALBERG: Okay. So remember back at
16 the beginning I asked you the difference between a
17 fine and a forfeiture?
18    MS. STUDINSKI-TORYFTER: Correct.
19    MR. HALBERG: And you see the first
20 paragraph, the first sentence you read is a
21 forfeiture?
22    MS. STUDINSKI-TORYFTER: Correct.
23    MR. HALBERG: And the second sentence is
24 a fine?
25    MS. STUDINSKI-TORYFTER: Correct.

1    MR. HALBERG: And you know that --
2    MS. STUDINSKI-TORYFTER: Yeah.
3    MR. HALBERG: -- a fine is a criminal
4 term, you testified, correct?
5    MS. STUDINSKI-TORYFTER: Correct,
6 because there's imprisonment attached.
7    MR. HALBERG: So, the last thing I want
8 to ask you about checking the furnishing alcohol
9 box is that you said, "Well, they must have got it
10 somewhere." Did -- do you have any evidence that
11 they got it from somebody who had already been
12 convicted previously in the last 12 months of --
13 of providing alcohol to an underage person?
14    MS. STUDINSKI-TORYFTER: We don't know
15 where they got the alcohol from.
16    MR. HALBERG: On the -- no, you
17 assumed -- you testified that you assumed that
18 they got it from a -- a person that was of age,
19 correct?
20    MS. STUDINSKI-TORYFTER: I'm not sure
21 how they got the alcohol.
22    MR. HALBERG: Right. But you also don't
23 know that if they were provided from somebody,
24 that that person had previously in Filing 07/08/19
25 this a criminal act. Whoever you suspect of

1 providing, you -- you don't know -- you certainly
2 don't know they had a previous violation for
3 providing to underage?
4    MS. STUDINSKI-TORYFTER: We didn't know
5 where the alcohol came from.
6    MR. HALBERG: Right. So, the -- when
7 you checked the box for a crime, you did not have
8 any evidence of a crime, correct?
9    MS. STUDINSKI-TORYFTER: We had evidence
10 that underage persons had alcohol.
11    MR. HALBERG: I'm talking about the
12 second box, "Furnishing."
13    MS. STUDINSKI-TORYFTER: Hmm-hmm.
14    MR. HALBERG: Yes?
15    MS. STUDINSKI-TORYFTER: What's the
16 question?
17    MR. HALBERG: The question is: For
18 this -- for you to check the box, um, whether you
19 had evidence of somebody over 21 providing and
20 that that person had been previously convicted in
21 the last 12 months?
22    MS. STUDINSKI-TORYFTER: Again, we
23 didn't know who. I guess I'm not understanding
24 the question because we didn't know who provided
25 the alcohol. We just knew that underage persons

1 appeared to be in possession of alcohol. So, they
2 obtained it somehow.
3    MR. HALBERG: Right. But we have to get
4 to -- I need you to answer my question, which is,
5 if you look at the last line -- um, it's actually
6 30 months. So if you go back to the Sub 2, the
7 first paragraph is a forfeiture, correct?
8    MS. STUDINSKI-TORYFTER: Are you talking
9 about under 125.07?
10    MR. HALBERG: Yes, at the bottom of
11 the -- the exhibit. You read it's a forfeiture,
12 right?
13    MS. STUDINSKI-TORYFTER: Correct.
14    MR. HALBERG: And that's -- and we know
15 now that's not a crime.
16    MS. STUDINSKI-TORYFTER: Under 2A,
17 correct.
18    MR. HALBERG: Right. So when you
19 checked the box "Evidence of a crime," you
20 couldn't have been referring to 2A?
21    MR. SADJAK: Judge, she's answered the
22 question. We're through this, I think, probably
23 the fourth time now --
24    MR. HALBERG: She hasn't --
25    MR. SADJAK: -- by my count.

1    MR. HALBERG:  She has not answered.
2    MR. SADJAK:  I -- I understand she
3 doesn't -- he doesn't like the answer, but it's --
4 it's the answer.  He can make his argument from
5 there.
6    MR. HALBERG:  She did not.  She has not
7 answered the question about whether the person
8 she -- when -- when she checked the box under
9 oath, she did not -- she has not answered the
10 question about Sub 2B, which is, did she have any
11 evidence that a person previously convicted had
12 provided the alcohol.  That's all I'm asking.
13    JUDGE:  She -- her answer --
14    MR. SADJAK:  She did answer it.
15    JUDGE:  -- was twice --
16    MR. SADJAK:  Her answer is --
17    JUDGE:  Her answer was twice that she
18 doesn't know who gave the alcohol.
19    MR. HALBERG:  All right.  Thank you.
20 All right.  Let's go to --
21    JUDGE:  Mr. Halberg, how much -- how
22 much do you think you have for this officer?  How
23 much more time do you think?
24    MR. HALBERG:  I'm going as quick as I
25 can.

1    JUDGE:  What's that?
2    MR. HALBERG:  I'm going as quick as I
3 can.
4    JUDGE:  No, no, no, I understand.  But
5 we have time constraints, and this -- this was
6 scheduled as an underage drinking trial, not a
7 lengthy motion hearing.  So, um, we're not going
8 to get done because I've got a commitment that I
9 should have left a while ago for.  So, we
10 scheduled an hour for this.
11    MR. HALBERG:  I don't -- I don't --
12 nobody asked me about an hour.
13    JUDGE:  No, that's what we would
14 schedule an underage drinking (inaudible)
15 citation.
16    MR. HALBERG:  Well, I'll go as fast as I
17 can.
18    JUDGE:  No, I just want to -- I mean, do
19 you think you have a half hour left?
20    MR. HALBERG:  I don't know.
21    JUDGE:  20 minutes?
22    MR. HALBERG:  I would say not more than
23 that.
24    JUDGE:  Well, we have -- we don't have a
25 half hour.

1    MR. HALBERG:  Oh, (inaudible) let me ask
2 her this question.
3    JUDGE:  Sure.
4    MR. HALBERG:  All right.  I'm going to
5 show you now Defendant's Exhibit 11, which is the,
6 uh, Mequon Ordinance 46.156.  And that is the --
7 um, all right.  Do you see that?  Are you familiar
8 with that ordinance?
9    MS. STUDINSKI-TORYFTER:  This is our
10 underage alcohol ordinance.
11    MR. HALBERG:  Yes.  And you -- that's
12 the ordinance you cited in the citations for the
13 two defendants here today?
14    MS. STUDINSKI-TORYFTER:  I would need to
15 look at the citations.  Generally, underage
16 alcohol citations are 46-156, some variation of
17 that.
18    MR. HALBERG:  All right.  Could you
19 quickly review 40-156, 4B, uh, I guess, a small C
20 --
21    JUDGE:  Does the city --
22    MR. HALBERG:  What?
23    JUDGE:  Does the city want to stipulate
24 that there are no criminal offenses in those
25 municipal codes?

1    MR. SADJAK:  Happily, your Honor.
2    MR. HALBERG:  Okay.
3    JUDGE:  City is stipulating there is no
4 criminal offenses in the code.
5    MR. HALBERG:  All right.
6    JUDGE:  And the court can take judicial
7 notice of that.
8    MR. HALBERG:  All right.  So, um, you
9 understand we're now asking you the question about
10 your checkbox of the underage alcohol, the crime
11 of underage alcohol possession?  You can just set
12 that up.
13    MS. STUDINSKI-TORYFTER:  What's the
14 question?
15    MR. HALBERG:  You're -- you understand
16 what the court and the two lawyers just agreed to?
17    MS. STUDINSKI-TORYFTER:  That the
18 statute, municipal statute, doesn't contain
19 criminal language of crimes?
20    MR. HALBERG:  The municipal ordinance,
21 right.  So, when you checked underage alcohol
22 possession crime, you're not aware of any crime in
23 that instance?
24    MS. STUDINSKI-TORYFTER:  I didn't check
25 crime.  That's just the pre-printed verbiage on

1 the form. I checked the furnishing alcoholic
2 beverages box.
3　　　　MR. HALBERG: Well, do you know whether
4 you can get a -- a search warrant for an ordinance
5 violation?
6　　　　MS. STUDINSKI-TORYFTER: That has been
7 our practice, yes.
8　　　　MR. HALBERG: Which ordinance
9 violations?
10　　　　MS. STUDINSKI-TORYFTER: What do you
11 mean?
12　　　　MR. HALBERG: What -- what -- when you
13 say it's been your practice to get search warrants
14 and you've done that for ordinance violations?
15　　　　MS. STUDINSKI-TORYFTER: For underage
16 alcohol, yes.
17　　　　MR. HALBERG: Okay. All right. So,
18 now, uh, let's go to the second page quickly.
19 And, uh, again, you checked the -- uh, at the
20 bottom of the page, you checked, "Observed
21 numerous vehicles," and you're talking in that
22 instance about four vehicles you saw in the
23 driveway, correct?
24　　　　MS. STUDINSKI-TORYFTER: Five total
25 vehicles in the vicinity.

1　　　　MR. HALBERG: Pardon?
2　　　　MS. STUDINSKI-TORYFTER: Five total
3 vehicles in the vicinity. Yes, that's what I was
4 referring to.
5　　　　MR. HALBERG: But in the vicinity?
6　　　　MS. STUDINSKI-TORYFTER: Meaning
7 driveway and on the street directly in front of
8 the house, yes.
9　　　　MR. HALBERG: All right. When you say,
10 "Observed intoxicants within the premises and
11 observed people underage and observed people
12 scattering and hiding," that's all -- that's
13 nothing new from what you testified about,
14 correct? Those are just -- those are the same
15 instances you testified about?
16　　　　MS. STUDINSKI-TORYFTER: Correct.
17　　　　MR. HALBERG: All right. So now, you
18 then, uh, called back -- you got the search
19 warrant and you called ahead to your colleagues
20 and told them you had the warrant?
21　　　　MS. STUDINSKI-TORYFTER: Radioed.
22　　　　MR. HALBERG: Radioed, sorry.
23　　　　MS. STUDINSKI-TORYFTER: Yes.
24　　　　MR. HALBERG: Yes. Um -- I'm sorry.
25 sorry, if we go back to -- so we're on, uh, page

1 8, um, search warrants and entry.
2　　　　MS. STUDINSKI-TORYFTER: Page 8 of the
3 incident report, do you mean?
4　　　　MR. HALBERG: Yes, 8 of 10, of Exhibit
5 3.
6　　　　And it says, "The officer --" uh, you
7 radioed, and that you had the warrant and they
8 entered through an unlocked rear door. Do you
9 remember that?
10　　　　MS. STUDINSKI-TORYFTER: I wouldn't have
11 been on the scene when they made an entry.
12　　　　MR. HALBERG: How did you know the door
13 was unlocked?
14　　　　MS. STUDINSKI-TORYFTER: That's what the
15 officers advised me.
16　　　　MR. HALBERG: And who -- none of those
17 people -- you don't know who it was that said
18 that?
19　　　　MS. STUDINSKI-TORYFTER: Correct. We
20 also had third shift now, since we had come past
21 our shift and we had the next shift assisting us
22 as well, so they were out there. We had a couple
23 other officers.
24　　　　MR. HALBERG: And when you, uh,
25 indicated that, um, uh, the -- the door was

1 unlocked, that kind of -- earlier you testified
2 that you heard doors being locked. Why would they
3 not lock a door?
4　　　　MS. STUDINSKI-TORYFTER: Maybe they
5 forgot?
6　　　　MR. HALBERG: Okay. And then the next
7 paragraph, it says, "I took photographs with
8 Patrol Camera 1." Does that refresh your
9 recollection?
10　　　　MS. STUDINSKI-TORYFTER: I took
11 photographs with Patrol Camera 1.
12　　　　MR. HALBERG: You see that?
13　　　　MS. STUDINSKI-TORYFTER: I do.
14　　　　MR. HALBERG: Right. And so that means
15 you, correct?
16　　　　MS. STUDINSKI-TORYFTER: Yes, I -- in
17 2015, I did take those photos, yes.
18　　　　MR. HALBERG: So, um, do you remember
19 taking pictures of the room that you could see
20 through the window?
21　　　　MS. STUDINSKI-TORYFTER: Yes.
22　　　　(Inaudible).
23　　　　MR. HALBERG: I'm going to show you
24 what I've marked as Defendant's Exhibit 7,
25 Defendant's Exhibit 8, Defendant's Exhibit 9, and

1 Defendant's Exhibit 10. Now, does that refresh
2 your recollection about the room on that night
3 of -- the night that you got the search warrant?
4     MS. STUDINSKI-TORYFTER: This reflects
5 what the room looked like as we were standing
6 inside of it.
7     MR. HALBERG: So, you -- and you took
8 those photos and, um, that's the room that you saw
9 when you looked through the window?
10     MS. STUDINSKI-TORYFTER: It is the room
11 but there -- some of the alcohol containers that I
12 saw were missing. They were later located in
13 garbage cans in the kitchen.
14     MR. HALBERG: Okay. So you -- um,
15 you -- but this is the room that you saw into?
16     MS. STUDINSKI-TORYFTER: Yes.
17     MR. HALBERG: Can you tell the court now
18 how you saw into it?
19     MS. STUDINSKI-TORYFTER: It would have
20 been through this several-inch opening in this
21 side window.
22     MR. HALBERG: Um, and so you're -- and
23 can you describe, I think you used the word window
24 treatments, um, what -- what they are, uh, for the
25 record, so we have what they are?

1     MS. STUDINSKI-TORYFTER: Some type of
2 wood-finish blinds.
3     MR. HALBERG: And all the windows, the
4 blinds are closed except for one small cracked
5 area of a couple inches?
6     MS. STUDINSKI-TORYFTER: All of them
7 seem to be open a little bit on the bottom.
8     MR. HALBERG: And so, does that refresh
9 your recollection about how close you got to the
10 window?
11     MS. STUDINSKI-TORYFTER: I'm not sure if
12 they were closed by the people scattering inside.
13 I'm not sure if they closed them at some point
14 after I looked in. I'm not sure exactly. This is
15 exactly a picture of how it looked as I was
16 standing inside. I don't know how it was when I
17 was standing outside.
18     MR. HALBERG: All right. Um, so now,
19 um, uh, let's -- okay. Um, okay, nothing further.
20     JUDGE: All right. Do you have any, uh,
21 redirect? We're not going to finish today. It's
22 just, so --
23     MR. SADJAK: No, I understand, um --
24     JUDGE: Do you have any redirect?
25     MR. SADJAK: I may have some. I don't

1 know --
2     JUDGE: How much?
3     MR. SADJAK: -- how long it would --
4     JUDGE: I mean, like 10 minutes worth
5 or -- yeah?
6     MR. SADJAK: Probably less than that.
7     JUDGE: So --
8     MR. HALBERG: I -- I believe my witness
9 would be -- would not be very long.
10     JUDGE: Yeah, I know, I -- I should have
11 left 10 minutes ago. I've -- it's going to cause
12 issues for other people. So, I mean, when -- I've
13 never had an underage drinking trial go longer
14 than an hour. That's why we slotted this for an
15 hour. I didn't know we were going to be doing
16 this motion hearing today.
17     MR. HALBERG: Well, that would have just
18 added all to the --
19     JUDGE: Yeah, I know, it's -- I know,
20 and that's fine. I'm just telling you why we only
21 slotted it for an hour. I'm not trying to make
22 this the world's longest underage drinking saga
23 that's lasted two years, but that's the way it
24 goes.
25     So, um, we're looking at June 7th here,

1 um, probably --
2     MS. STUDINSKI-TORYFTER: I'll be out of
3 town on vacation.
4     JUDGE: Yeah.
5     MR. SADJAK: I'm here.
6     JUDGE: You're going to have her back --
7 uh, if she finishes her testimony today, will you
8 need her on this -- on that date?
9     MR. SADJAK: Not knowing what the
10 defense's testimony plans to be, I don't know. I
11 mean, there may be --
12     JUDGE: Yeah.
13     MR. SADJAK: -- some rebuttal issues
14 that --
15     JUDGE: Right. Yeah.
16     MR. SADJAK: -- might need to be
17 addressed.
18     JUDGE: What's the July date?
19     UNIDENTIFIED SPEAKER: July 5th.
20     JUDGE: Yeah, July 5th.
21     MS. STUDINSKI-TORYFTER: I also will be
22 away.
23     JUDGE: Great. So what about, do we
24 have any alternate days?
25     UNIDENTIFIED SPEAKER: (Inaudible).

1 JUDGE: Yeah, we're going to have to
2 find a different day, because I don't -- I want to
3 get this done, like, yesterday. Um, so the person
4 who does the scheduling is not Janice here, um, so
5 she's going to have to look at it. And my thought
6 is that we would try to do a Friday afternoon -- a
7 Friday afternoon that I have open noon to five, if
8 necessary, a time slot like that where we can get
9 all of this done and get a decision the same day.
10 MR. SADJAK: Certainly, your Honor, as
11 we have always offered, if we prefer to use -- we
12 can do it in Germantown and use a Germantown trial
13 day as well.
14 JUDGE: Yeah.
15 MR. SADJAK: We're obviously open to
16 that since --
17 JUDGE: So --
18 MR. SADJAK: -- we're the same guy.
19 UNIDENTIFIED SPEAKER: (Inaudible)
20 Germantown morning.
21 JUDGE: Mr. Halberg, you may not know
22 this, but this court does 16 different
23 communities, so I spend days in 16 communities
24 throughout the month, so --
25 MR. HALBERG: Then you should be the --

1 called the circuit, like the municipal circuit.
2 JUDGE: Well, we are. I -- the old
3 school circuit judge, yeah. But so, Mr. Sadjak is
4 the prosecutor for Germantown, so he's suggesting
5 we can do it in Germantown as an -- I don't know
6 if it's an inconvenience for witnesses and the
7 like, it's not too far down the road, but --
8 MR. HALBERG: How quick could we get
9 back?
10 JUDGE: Well, that's the thing, if we
11 might have like a morning on our Germantown day
12 that's open. I just know that here in Mequon,
13 we've got a lot of stuff stacked up. So, that's
14 why I'm thinking about picking a different day.
15 So, we're going to have to sort that out. And
16 Linda does the scheduling, and she will be in
17 touch with everybody to make sure that everyone
18 can be here, so --
19 MR. HALBERG: Well, when I was in Mr.
20 Sadjak's chair, I was always concerned about
21 stopping after my case got in and then --
22 JUDGE: Yeah, I know.
23 MR. HALBERG: (Inaudible).
24 JUDGE: I know I -- I -- (Inaudible)
25 MR. HALBERG: -- the defendant have a

1 free --
2 JUDGE: -- (inaudible) a good time to
3 stop.
4 MR. HALBERG: -- have a free shot, and
5 we've really tried to deal above board on these
6 things, but I do need to -- um, uh, I would like
7 to get this done.
8 JUDGE: Yeah --
9 MR. HALBERG: And I don't want to feel
10 rushed. I -- I -- the court may understand that
11 this transcript will have a life long beyond --
12 JUDGE: Yeah, sure.
13 MR. HALBERG: -- this room.
14 JUDGE: Sure.
15 MR. HALBERG: Um, presuming that we're
16 able to continue proving, um, what we're trying to
17 prove here.
18 JUDGE: Sure. So, and again, my -- this
19 thing has been hanging out there forever. I don't
20 like old cases, and this is an old case. So, um,
21 my hope is we can do it within the next 30 days.
22 So, uh, yeah.
23 MR. HALBERG: I mean, do we -- can we
24 get the two witnesses and find out if in the next
25 30 days they're --

1 JUDGE: Yeah, but I don't know what the
2 day is going to be.
3 MR. HALBERG: No, I know, just say if
4 they have vacation or out of town during those
5 days.
6 JUDGE: Well, that's what -- our
7 scheduler will sort all that out. Okay. So she'll --
8 JUDGE: She'll have -- she'll contact
9 the police department and find out if they're --
10 if they're available.
11 MR. HALBERG: Okay.
12 JUDGE: She'll contact you to make sure
13 that your witnesses are available. But I
14 understand this is a vacation -- the next three
15 months, a lot of vacations and the like, so. Uh,
16 I would -- I have actually two other commitments
17 tonight, so I'm sorry that I have to cut it short;
18 otherwise, I'd keep going. But, um, so, uh, we'll
19 stop at this point.
20 Um, Mr. Halberg, do you want to retain
21 your photo, uh, board?
22 MR. HALBERG: Yes, as long as I haven't
23 moved the -- yeah, that's fine.
24 JUDGE: Yeah, why don't you retain

1  those. The other documents the court can hold on
2  to. That's just large, so you're better off
3  keeping that than us. And, uh --
4       MR. HALBERG: So, the court will
5  maintain Exhibit 1.
6       JUDGE: I think it's 1 through 3.
7       MR. HALBERG: 1, 2, 3, and 18.
8       JUDGE: 1, 2, 3, and 18. The court will
9  hold the files, and -- good.
10       MR. SADJAK: Are we -- are we dealing
11  with actual admission at this point of any of
12  those or --
13       JUDGE: No.
14       MR. SADJAK: -- how --
15       JUDGE: He hasn't moved any of them yet,
16  so.
17       MR. SADJAK: Okay.
18       JUDGE: Okay.
19       MR. HALBERG: No, but then I would -- I
20  mean, the difficulty is that -- you know, and this
21  is what we talked about before, and I've been
22  trying to move along, so (inaudible) the
23  testimony, so we'll -- we'll have to see what, you
24  know, we have coming back, whether she testifies
25  but, obviously, you know, some of the things I

1  could check on in the interim and we can --
2  counsel and I can try to agree on those things.
3       JUDGE: Sure, yeah. To the extent you
4  can stipulate to any of those, you know, simple
5  things, that's great; otherwise, we can try to
6  hammer that out when we're here as well.
7       So, sorry everybody, that we can't get
8  it done tonight, but that's just the way it goes.
9  All right. Have a good night.
10       (End of recording.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1  STATE OF WISCONSIN )
             ) SS:
2  COUNTY OF WALWORTH )

3
4
5       I, KAREN RENEE, Court Reporter and
6  Notary Public in and for the State of Wisconsin, do
7  hereby certify that the above recording was transcribed
8  by me and reduced to writing under my personal
9  direction.
10       I further certify that I am not a
11  relative or employee or attorney or counsel of any of
12  the parties, or a relative or employee of such attorney
13  or counsel, or financially interested directly or
14  indirectly in this action.
15       In witness whereof I have hereunder set
16  my hand and affixed my seal of office at Burlington,
17  Wisconsin, July 3, 2019.
18
19       _____
20              Karen Renee
         Court Reporter and Notary Public
21       In and for the State of Wisconsin

22

23  My Commission Expires: March 06, 2020.
24
25

**$**

**$500** [2] - 66:7, 66:12

**0**

**06** [1] - 88:23
**07** [1] - 65:22

**1**

**1** [8] - 29:23, 40:5, 77:8, 77:11, 86:5, 86:6, 86:7, 86:8
**1-1** [1] - 10:5
**10** [7] - 35:7, 39:5, 40:10, 76:4, 78:1, 80:4, 80:11
**11** [1] - 72:5
**12** [3] - 65:6, 67:12, 68:21
**125** [6] - 63:20, 64:1, 64:11, 64:15, 65:14, 65:17
**125.07** [4] - 64:15, 65:6, 65:24, 69:9
**127.07** [1] - 64:2
**16** [2] - 82:22, 82:23
**18** [6] - 51:10, 52:8, 53:17, 54:20, 86:7, 86:8
**1:50** [1] - 50:12

**2**

**2** [4] - 29:23, 69:6, 86:7, 86:8
**20** [3] - 39:5, 46:15, 71:21
**2015** [5] - 9:9, 22:22, 40:5, 41:2, 77:17
**2019** [1] - 88:17
**2020** [1] - 88:23
**21** [12] - 14:5, 55:7, 56:20, 56:21, 57:6, 59:10, 59:11, 59:16, 59:17, 63:10, 68:19
**24** [1] - 8:3
**2A** [2] - 69:16, 69:20
**2B** [1] - 70:10

**3**

**3** [10] - 34:24, 34:25, 35:7, 37:4, 40:10, 76:5, 86:6, 86:7, 86:8

88:17
**30** [7] - 46:15, 66:9, 66:12, 66:14, 69:6, 84:21, 84:25
**31** [1] - 41:2
**31st** [2] - 9:8, 40:4
**3S813XHJWN** [1] - 3:6
**3S813XHJWQ** [1] - 3:7

**4**

**4** [5] - 39:17, 40:23, 41:11, 42:14, 43:5
**4-1-1** [6] - 10:1, 10:5, 10:7, 11:8, 31:3, 54:11
**40-156** [1] - 72:19
**46-156** [1] - 72:16
**46.156** [1] - 72:6
**4A** [1] - 65:24
**4B** [2] - 66:1, 72:19

**5**

**5** [4] - 39:5, 41:18, 41:20, 46:15
**520** [1] - 7:4
**5th** [2] - 81:19, 81:20

**6**

**6** [2] - 42:22, 43:7

**7**

**7** [5] - 35:7, 37:4, 37:11, 77:24
**7th** [1] - 80:25

**8**

**8** [5] - 34:21, 76:1, 76:2, 76:4, 77:25

**9**

**9** [2] - 50:8, 77:25

**A**

**a.m** [1] - 50:12
**ability** [2] - 24:20, 30:11

**able** [9] - 12:23, 14:25, 19:23, 25:4, 45:21, 46:10, 46:12, 46:21, 84:16
**above-entitled** [1] - 1:13
**Absolutely** [1] - 16:14
**academy** [3] - 6:23, 7:4, 7:18
**access** [4] - 14:25, 20:4, 23:22, 28:11
**act** [1] - 67:25
**acting** [2] - 10:24, 37:20, 44:12
**action** [2] - 63:18, 88:14
**activities** [2] - 8:13, 14:10
**activity** [1] - 9:5
**actual** [1] - 86:11
**Adam** [2] - 49:12, 49:13
**added** [1] - 80:18
**additional** [1] - 47:8
**address** [4] - 12:4, 12:10, 17:17, 54:16
**addressed** [1] - 81:17
**administering** [1] - 50:10
**admission** [1] - 86:11
**advised** [4] - 15:16, 29:4, 44:18, 76:15
**affidavit** [12] - 50:20, 51:5, 52:1, 52:18, 53:11, 53:14, 54:6, 54:7, 54:8, 55:19, 57:6, 62:7
**affidavits** [1] - 52:13
**affixed** [1] - 88:16
**afternoon** [3] - 20:15, 82:6, 82:7
**age** [7] - 14:5, 18:12, 55:7, 56:20, 59:16, 61:11, 67:18
**ago** [3] - 3:17, 71:9, 80:11
**agree** [1] - 87:2
**agreed** [1] - 73:16
**ahead** [2] - 21:7, 75:19
**alcohol** [60] - 3:4, 12:1, 14:15, 15:15, 15:17, 16:1, 18:1, 18:7, 38:22, 44:17, 44:19, 46:23, 47:7, 48:18, 48:25, 49:3, 55:6, 55:15, 55:16, 56:12, 56:13, 56:16, 56:18, 57:15, 57:23, 59:16, 59:19, 60:14, 60:19, 60:21, 60:23, 61:2, 61:3, 61:6, 61:7, 61:9, 61:20, 62:9, 63:10, 65:10, 67:8, 67:13, 67:15, 67:21, 68:5, 68:10, 68:25, 69:1, 70:12, 70:18, 72:10, 72:16, 73:10, 73:11, 73:21, 74:16, 78:11
**Alcohol** [2] - 55:23, 60:24
**alcoholic** [6] - 55:19, 57:15, 57:24, 61:21, 63:15, 74:1
**alerted** [2] - 53:24, 54:8
**alleging** [1] - 3:4
**allow** [1] - 55:4
**allowed** [1] - 57:21
**Almost** [1] - 6:12
**alter** [1] - 59:5
**alternate** [1] - 81:24
**AND** [1] - 1:6
**anonymous** [7] - 31:6, 31:8, 31:10, 31:21, 48:3, 53:19, 54:1
**anonymously** [1] - 10:9
**answer** [13] - 56:4, 60:6, 60:10, 62:17, 62:21, 63:1, 69:4, 70:3, 70:4, 70:13, 70:14, 70:16, 70:17
**answered** [9] - 48:17, 60:2, 60:6, 60:8, 69:21, 70:1, 70:7, 70:9
**answering** [1] - 18:6
**answers** [1] - 32:23
**anyway** [1] - 4:11
**anyways** [1] - 4:17
**appeared** [3] - 18:12, 38:22, 69:1
**appearing** [1] - 3:8
**applied** [1] - 57:18
**apply** [1] - 46:24
**applying** [1] - 15:11
**appropriate** [1] - 51:16, 51:19
**area** [6] - 10:20, 11:15, 18:3, 30:6, 42:2, 79:5
**argue** [1] - 64:9
**argument** [2] -

**argumentative** [2] - 31:11, 31:12
**assistant** [1] - 17:1
**assisting** [1] - 76:21
**assumed** [2] - 67:17
**assuming** [3] - 24:6, 24:17, 61:10
**attached** [2] - 33:6, 67:6
**attempted** [1] - 12:18, 37:16
**attempting** [2] - 42:3, 42:5
**attempts** [1] - 13:4
**attorney** [7] - 16:25, 17:1, 32:4, 49:11, 49:12, 88:11, 88:12
**Attorney** [2] - 2:4, 3:10, 25:14, 28:18
**available** [5] - 23:15, 54:25, 60:14, 85:11, 85:14
**average** [1] - 8:22
**aware** [2] - 21:1, 73:22

**B**

**banging** [2] - 22:2, 22:4
**based** [5] - 14:8, 31:17, 46:22, 47:16, 49:20
**basing** [1] - 57:7
**basis** [2] - 9:23, 59:14
**beer** [3] - 55:11, 55:21, 56:4
**Beer** [1] - 55:15
**beginning** [1] - 66:16
**behalf** [1] - 3:11
**belonged** [1] - 12:12
**below** [1] - 53:4
**bench** [1] - 5:9
**better** [1] - 86:2
**between** [7] - 20:16, 20:23, 21:12, 21:17, 44:9, 50:15, 66:16
**beverage** [1] - 56:13
**beverages** [9] - 55:6, 55:19, 56:12, 57:16, 57:23, 57:25, 61:21, 63:16, 74:2
**beyond** [1] - 84:11
**big** [1] - 28:22
**bit** [3] - 9:3, 64:4, 79:7
**blacked** [1] - 35:16
**blinds** [1] - 19:24

42:16, 42:24, 46:7, 79:2, 79:4

**blown** [1] - 43:8
**Blue** [2] - 45:5, 45:10
**board** [2] - 84:5, 85:22
**bolt** [1] - 16:2
**bottle** [4] - 45:10, 55:12, 55:22, 56:1
**bottles** [6] - 44:17, 47:7, 48:18, 48:25, 55:13, 55:16
**bottom** [4] - 66:3, 69:10, 74:20, 79:7
**box** [15] - 58:19, 59:9, 59:15, 59:24, 60:20, 61:17, 64:25, 65:11, 67:9, 68:7, 68:12, 68:18, 69:19, 70:8, 74:2
**boxes** [3] - 58:25, 59:1, 59:5
**Brandemuehl** [4] - 10:24, 36:21, 37:16, 38:10
**breath** [2] - 50:11
**breathing** [1] - 22:6
**Brian** [2] - 2:3, 3:9
**bring** [6] - 23:4, 23:14, 27:4, 29:6, 29:8, 33:11
**building** [1] - 62:6
**Burlington** [1] - 88:16

**C**

**camera** [2] - 40:13, 40:16
**Camera** [2] - 77:8, 77:11
**cans** [3] - 44:17, 55:15, 78:13
**can't** [11] - 7:6, 7:7, 23:13, 31:10, 31:18, 41:7, 52:18, 55:13, 56:4, 62:8, 87:7
**Can't** [1] - 28:10
**capacity** [1] - 6:11
**captain** [2] - 17:4
**car** [4] - 16:24, 50:21, 52:19, 55:1
**carded** [1] - 62:1
**carrying** [1] - 38:24
**cars** [4] - 30:7, 31:24, 32:5, 34:7
**case** [10] - 3:12, 3:15, 3:17, 17:23, 33:6, 33:10, 38:19,

51:23, 83:21, 84:20
**cases** [2] - 16:16, 84:20
**category** [2] - 21:24, 21:25
**caused** [1] - 59:24
**cell** [2] - 12:25, 13:2
**certain** [1] - 36:25
**certainly** [2] - 64:8, 68:1
**Certainly** [1] - 82:10
**certification** [1] - 7:24
**certified** [2] - 7:19, 7:22
**certify** [2] - 88:7, 88:10
**chair** [2] - 5:9, 83:20
**challenging** [2] - 3:20, 48:24
**Chapter** [4] - 63:20, 64:1, 65:6, 65:14
**characterizing** [1] - 62:13
**charge** [1] - 40:7
**check** [7] - 15:5, 58:18, 59:5, 59:24, 68:18, 73:24, 87:1
**checkbox** [1] - 73:10
**checked** [17] - 12:3, 55:8, 58:25, 59:1, 59:9, 60:20, 61:17, 61:20, 64:25, 65:11, 68:7, 69:19, 70:8, 73:21, 74:1, 74:19, 74:20
**checking** [2] - 59:15, 67:8
**checkmarks** [2] - 57:17
**circuit** [5] - 3:20, 64:4, 83:1, 83:3
**circumstance** [2] - 56:21, 59:23
**circumstances** [5] - 47:13, 47:16, 49:16, 63:9, 63:17
**Citation** [1] - 3:6
**citation** [1] - 71:15
**citations** [4] - 3:4, 72:12, 72:15, 72:16
**cited** [1] - 72:12
**CITY** [1] - 1:4
**City** [4] - 2:3, 3:2, 6:9, 73:3
**city** [4] - 3:8, 4:22, 72:21, 72:23
**city's** [1] - 5:13
**clarify** [1] - 44:10,

**clear** [1] - 54:19
**clearly** [1] - 46:10
**clicked** [1] - 19:19
**clicking** [1] - 13:23
**close** [3] - 7:10, 39:14, 79:9
**closed** [5] - 19:25, 46:7, 79:4, 79:12, 79:13
**closer** [2] - 34:12, 41:19
**closing** [2] - 19:8, 19:9
**clue** [1] - 10:5
**code** [1] - 73:4
**codes** [1] - 72:25
**colleagues** [1] - 75:19
**coming** [1] - 86:24
**Commission** [1] - 88:23
**commitment** [1] - 71:8
**commitments** [1] - 85:17
**committed** [5] - 17:20, 17:24, 57:23, 66:8, 66:13
**commonly** [2] - 12:1, 16:8
**communities** [1] - 82:23
**complaints** [1] - 8:19
**completed** [2] - 6:22, 53:15
**completion** [1] - 7:18
**computer** [3] - 26:22, 27:4, 28:11
**computerized** [1] - 23:12
**conceal** [2] - 19:21
**concealed** [1] - 54:18
**concerned** [1] - 83:20
**conclude** [1] - 20:11
**conclusion** [4] - 20:25, 21:3, 64:19, 64:22
**confirm** [1] - 29:3
**consider** [3] - 62:22, 63:2, 63:4
**considered** [1] - 21:20
**constitute** [1] - 65:17
**constraints** [1] - 71:5
**consumption** [2] - 3:5, 15:15
**contact** [12] - 9:22,

12:18, 12:21, 12:23, 13:5, 16:25, 19:17, 37:16, 42:3, 42:5, 85:9, 85:13
**contain** [5] - 55:16, 56:18, 61:9, 73:18
**containers** [12] - 15:17, 15:20, 18:8, 44:19, 55:24, 56:13, 56:15, 60:23, 61:4, 61:7, 61:8, 78:11
**context** [1] - 49:3
**continue** [1] - 84:16
**continuing** [2] - 7:25, 13:11
**conversation** [3] - 34:13, 51:7, 54:5
**convicted** [3] - 67:12, 68:20, 70:11
**conviction** [1] - 67:24
**cookie** [2] - 58:2, 58:12
**cookie-cutter** [2] - 58:2, 58:12
**cooperate** [1] - 15:7
**copy** [6] - 23:10, 23:12, 26:14, 33:5, 52:1, 52:3
**Correct** [30] - 10:15, 18:16, 19:11, 22:13, 22:25, 33:4, 33:13, 35:18, 36:19, 37:22, 38:15, 44:14, 45:11, 49:17, 50:2, 50:25, 51:3, 53:2, 53:6, 53:12, 54:24, 55:9, 57:19, 66:18, 66:22, 66:25, 67:5, 69:13, 75:16, 76:19
**correct** [34] - 3:19, 23:16, 31:25, 32:20, 32:22, 33:3, 48:3, 52:20, 53:19, 54:2, 54:8, 54:9, 54:13, 54:23, 55:22, 55:24, 56:5, 56:13, 57:1, 57:11, 57:18, 60:17, 60:23, 61:4, 62:1, 65:12, 67:4, 67:19, 68:8, 69:7, 69:17, 74:23, 75:14, 77:15
**couldn't** [2] - 56:6, 69:20
**Counsel** [2] - 23:9, 25:6
**counsel** [5] - 27:25, 42:15, 87:2, 88:11, 88:13

**count** [1] - 69:25
**COUNTY** [1] - 88:2
**couple** [2] - 39:7, 76:22, 79:5
**course** [1] - 63:5
**Court** [1] - 1:14, 88:5, 88:20
**court** [27] - 3:21, 4:5, 4:7, 4:8, 4:9, 4:10, 4:13, 21:1, 23:15, 31:9, 31:18, 45:21, 51:14, 57:21, 62:25, 63:9, 64:6, 66:5, 73:6, 73:16, 78:17, 82:22, 84:10, 86:1, 86:4, 86:8
**court's** [1] - 62:21
**coverings** [1] - 20:5
**cracked** [1] - 79:4
**crazed** [1] - 13:22
**crime** [18] - 21:22, 22:10, 22:12, 57:14, 57:22, 58:5, 58:7, 63:11, 63:15, 63:18, 68:7, 68:8, 69:15, 69:19, 73:10, 73:22, 73:25
**crimes** [1] - 73:19
**Crimes** [1] - 21:19
**criminal** [11] - 6:22, 21:10, 21:13, 21:17, 21:18, 64:10, 67:3, 67:25, 72:24, 73:4, 73:19
**cross** [3] - 20:12, 25:5, 25:6
**cross-examination** [1] - 20:12
**cross-examine** [2] - 25:5, 25:6
**crossed** [1] - 35:9
**cups** [1] - 55:21
**current** [2] - 8:6, 33:9
**curtilage** [1] - 4:3
**cut** [1] - 85:18
**cutter** [2] - 58:2, 58:12

**D**

**date** [2] - 81:8, 81:18
**David** [2] - 2:4, 3:10
**days** [8] - 9:2, 9:3, 66:12, 81:24, 82:23, 84:21, 84:25, 85:5
**daytime** [2] - 30:3, 30:22
**deal** [3] - 3:15, 4:6,

84:5
**dealing** [1] - 86:10
**dealings** [1] - 8:25
**decide** [1] - 4:9
**decided** [2] - 18:21, 46:24
**decision** [2] - 17:7, 82:9
**defendant** [1] - 83:25
**Defendants** [1] - 2:4
**defendants** [2] - 3:11, 72:13
**Defendant 's** [12] - 40:23, 41:11, 41:18, 42:14, 42:22, 51:10, 65:5, 72:5, 77:24, 77:25, 78:1
**defense** [1] - 23:16
**defense 's** [1] - 81:10
**degree** [1] - 6:22
**Department** [1] - 33:7
**department** [4] - 10:12, 16:13, 43:17, 85:10
**describe** [5] - 7:1, 8:10, 9:21, 16:21, 78:23
**described** [1] - 49:16
**description** [2] - 17:16, 54:16
**determination** [1] - 35:22
**determine** [1] - 64:20
**determined** [1] - 16:20
**didn 't** [23] - 23:4, 23:14, 32:10, 33:11, 33:14, 33:20, 38:23, 55:10, 55:12, 55:20, 57:4, 58:4, 58:6, 58:10, 61:1, 62:23, 62:24, 68:4, 68:23, 68:24, 73:24, 80:15
**Didn 't** [1] - 12:20
**difference** [4] - 20:16, 20:23, 44:9, 66:16
**different** [6] - 12:13, 40:17, 43:14, 82:2, 82:22, 83:14
**difficulty** [1] - 86:20
**direction** [1] - 88:9
**directly** [2] - 75:7, 88:13
**disagree** [1] - 29:7
**dismiss** [1] - 3:15
**dispatch** [5] - 9:25, 10:18, 12:8, 32:8
**distinction** [1] -

21:12
**Distinction** [1] - 21:14
**district** [4] - 16:25, 17:1, 49:11, 49:12
**document** [8] - 23:5, 23:7, 24:4, 24:9, 28:11, 51:11, 54:21, 54:22
**documents** [2] - 27:8, 86:1
**doesn 't** [12] - 26:16, 29:9, 29:11, 30:12, 40:15, 54:9, 64:16, 64:20, 65:17, 70:3, 70:18, 73:18
**done** [6] - 71:8, 74:14, 82:3, 82:9, 84:7, 87:8
**don 't** [65] - 13:13, 13:15, 16:4, 20:2, 20:4, 23:2, 23:6, 25:2, 25:21, 26:9, 27:7, 27:11, 27:15, 28:1, 28:3, 28:6, 28:9, 28:15, 28:18, 29:11, 29:13, 30:8, 30:12, 30:14, 31:17, 34:10, 34:24, 38:9, 38:11, 39:18, 40:6, 42:8, 45:15, 48:23, 49:8, 51:6, 52:21, 52:23, 53:18, 54:3, 54:10, 56:2, 58:13, 58:23, 59:5, 61:24, 62:4, 67:14, 67:22, 68:1, 68:2, 71:11, 71:20, 71:24, 76:17, 79:16, 79:25, 81:10, 82:2, 83:5, 84:9, 84:19, 85:1, 85:25
**Don 't** [2] - 12:11, 50:5
**door** [25] - 12:18, 13:10, 13:17, 13:19, 16:7, 18:7, 30:17, 30:25, 36:14, 36:18, 36:21, 37:1, 37:17, 37:21, 41:5, 41:14, 41:19, 41:20, 42:2, 48:11, 48:17, 76:8, 76:12, 76:25, 77:3
**doorbell** [1] - 12:18
**doors** [5] - 13:23, 18:5, 19:9, 77:2
**down** [3] - 18:4, 19:8, 83:7
**drafted** [1] - 54:21
**drinking** [15] - 9:19,

16:16, 18:2, 18:12, 38:21, 38:22, 55:21, 71:6, 71:14, 80:13, 80:22
**driveway** [9] - 11:22, 30:6, 30:10, 31:24, 35:15, 36:2, 48:6, 74:23, 75:7
**drove** [2] - 49:25, 50:15
**during** [2] - 9:17, 85:4
**duty** [2] - 17:2, 23:8

**E**

**e-mail** [3] - 23:22, 27:7
**education** [2] - 6:19, 7:25
**effectively** [2] - 3:14, 16:6
**eight** [1] - 6:12
**Either** [1] - 32:7
**either** [3] - 28:17, 35:20, 61:15
**electronic** [1] - 10:9
**electronically** [3] - 23:18, 33:5, 54:25
**emergency** [1] - 10:1
**employed** [2] - 6:7, 6:11
**employee** [2] - 88:11, 88:12
**End** [1] - 87:10
**ended** [1] - 15:10
**enforcement** [1] - 6:15
**entered** [1] - 76:8
**entitled** [1] - 1:13
**entry** [6] - 19:3, 24:9, 24:11, 24:12, 76:1, 76:11
**error** [1] - 4:10
**essentially** [1] - 53:10
**estimate** [2] - 8:22, 39:13
**evening** [3] - 9:8, 17:9, 43:12
**Evidence** [1] - 69:19
**evidence** [8] - 25:3, 57:13, 63:15, 67:10, 68:8, 68:9, 68:19, 70:11
**exactly** [4] - 10:7, 46:9, 79:14, 79:15
**examination** [1] -

**examine** [2] - 25:5, 25:6
**example** [1] - 36:1
**except** [1] - 79:4
**exhibit** [1] - 69:11
**Exhibit** [25] - 34:21, 34:25, 35:7, 37:4, 40:10, 40:23, 41:11, 41:18, 41:20, 42:14, 42:22, 43:5, 43:7, 51:10, 52:8, 53:17, 54:20, 65:5, 72:5, 76:4, 77:24, 77:25, 78:1, 86:5
**Exhibits** [1] - 29:23
**exit** [1] - 16:10
**expecting** [1] - 62:16
**experience** [2] - 6:15, 14:9
**Expires** [1] - 88:23
**extent** [1] - 87:3

**F**

**face** [1] - 45:24
**fact** [1] - 20:7
**factors** [3] - 47:6, 47:8, 49:1
**facts** [2] - 59:23, 62:9
**factual** [1] - 59:14
**fairly** [1] - 39:14
**familiar** [2] - 52:13, 72:7
**far** [9] - 21:15, 22:16, 30:20, 34:5, 34:6, 39:9, 46:11, 46:18, 83:7
**fashion** [1] - 16:10
**fast** [2] - 38:25, 71:16
**father** [1] - 14:21
**fault** [1] - 5:16
**feet** [3] - 39:15, 46:15
**fell** [1] - 47:15
**felonies** [1] - 21:20
**field** [1] - 8:14
**file** [4] - 33:7, 33:18, 33:19, 51:23
**filed** [1] - 3:17
**files** [1] - 86:9
**fill** [4] - 16:24, 17:5, 51:25, 52:17
**filled** [2] - 51:20, 54:23
**financially** [1] - 88:13

20:23, 21:9, 21:10, 66:17, 66:24, 67:3, 80:20, 85:24
**Fined** [1] - 66:11
**finish** [2] - 79:2, 79:21
**finishes** [1] - 81:7
**first** [11] - 5:13, 31:13, 36:16, 50:9, 50:15, 53:17, 55:6, 66:19, 66:20, 69:7
**fit** [2] - 39:7, 48:22
**Five** [2] - 74:24, 75:2
**five** [1] - 82:7
**focused** [1] - 13:10
**folder** [4] - 33:7, 33:18, 33:19, 34:3
**folks** [2] - 14:1, 14:3
**follow** [2] - 29:17, 29:18
**force** [2] - 6:15, 8:11
**forever** [1] - 84:19
**forfeit** [1] - 66:7
**forfeiture** [7] - 20:17, 20:23, 21:8, 66:17, 66:21, 69:7, 69:11
**forgot** [1] - 77:5
**form** [7] - 54:22, 55:3, 55:5, 58:2, 58:12, 59:3, 74:1
**format** [1] - 35:12
**forms** [1] - 54:25
**forth** [1] - 39:8
**four** [5] - 30:9, 31:24, 35:14, 35:16, 74:22
**fourth** [1] - 69:23
**Frankly** [1] - 27:8
**free** [2] - 84:1, 84:4
**Friday** [2] - 82:6, 82:7
**front** [27] - 13:10, 13:17, 28:16, 30:22, 36:14, 36:18, 36:21, 37:1, 37:17, 37:21, 38:7, 39:11, 41:5, 41:14, 41:20, 41:25, 43:3, 44:3, 48:11, 48:17, 52:14, 52:19, 52:23, 56:24, 57:8, 75:7
**functioning** [1] - 12:19
**funny** [1] - 4:5
**furnished** [3] - 59:17, 60:21, 61:21
**Furnishing** [1] - 68:12
**furnishing** [9] - 57:15, 57:24, 59:11, 59:16, 63:9, 63:15,

64:10, 67:8, 74:1

## G

**gain** [1] - 14:25
**garbage** [1] - 78:13
**Gazebo** [2] - 10:2, 11:15
**General** [1] - 17:15
**general** [3] - 19:20, 35:12, 60:25
**Generally** [3] - 4:1, 52:22, 72:15
**generally** [2] - 17:3, 21:9
**generic** [1] - 59:4
**Germantown** [6] - 82:12, 82:20, 83:4, 83:5, 83:11
**Gerol** [2] - 49:12, 49:14
**given** [8] - 2:2, 25:2, 25:12, 25:17, 27:13, 27:17, 27:23
**God** [1] - 5:22
**grant** [1] - 18:21
**granted** [1] - 18:23
**great** [4] - 23:23, 26:15, 29:21, 87:5
**Great** [1] - 81:23
**guess** [2] - 68:23, 72:19
**guy** [1] - 82:18

## H

**HALBERG** [319] -
3:22, 3:24, 4:2, 4:13,
4:22, 4:25, 7:6, 7:16,
20:13, 20:19, 20:22,
21:11, 21:16, 21:21,
21:25, 22:2, 22:4,
22:8, 22:12, 22:14,
22:18, 22:23, 23:1,
23:4, 23:9, 23:13,
23:19, 23:23, 24:8,
24:13, 24:18, 25:1,
25:7, 25:9, 25:13,
25:16, 25:19, 26:1,
26:5, 26:9, 26:14,
26:17, 27:11, 27:21,
27:25, 28:3, 28:5,
28:8, 29:16, 29:22,
30:5, 30:11, 30:16,
30:21, 31:2, 31:7,
31:16, 31:22, 32:3,
32:10, 32:14, 32:18,
32:23, 33:2, 33:11,
33:14, 33:20, 33:24,

34:4, 34:6, 34:15,
34:17, 34:20, 34:24,
35:6, 35:14, 35:19,
36:5, 36:9, 36:12,
36:17, 36:20, 36:23,
37:3, 37:6, 37:9,
37:12, 37:18, 37:23,
38:2, 38:8, 38:13,
38:16, 38:20, 39:1,
39:5, 39:9, 39:16,
39:18, 39:21, 40:3,
40:9, 40:12, 40:18,
40:21, 40:25, 41:4,
41:10, 41:13, 41:16,
41:23, 42:4, 42:10,
42:13, 42:18, 42:21,
43:2, 43:6, 43:9,
43:13, 43:18, 43:24,
44:2, 44:6, 44:15,
44:20, 44:24, 45:3,
45:6, 45:12, 45:16,
45:20, 46:1, 46:5,
46:11, 46:15, 46:20,
47:2, 47:6, 47:11,
47:18, 47:21, 47:25,
48:2, 48:5, 48:8,
48:10, 48:13, 48:16,
48:23, 49:7, 49:10,
49:15, 49:18, 49:25,
50:3, 50:7, 50:14,
50:19, 50:23, 51:1,
51:4, 51:8, 51:13,
51:17, 51:21, 51:24,
52:4, 52:7, 52:12,
52:17, 52:25, 53:3,
53:8, 53:13, 53:16,
53:22, 53:25, 54:6,
54:12, 54:14, 55:2,
55:5, 55:10, 55:17,
55:25, 56:3, 56:8,
56:11, 56:16, 56:19,
57:4, 57:12, 57:20,
58:3, 58:6, 58:9,
58:14, 58:17, 58:20,
58:23, 59:7, 59:14,
59:20, 60:3, 60:7,
60:11, 60:16, 60:22,
61:1, 61:5, 61:7,
61:10, 61:14, 61:18,
61:23, 62:4, 62:19,
62:23, 63:3, 63:6,
63:8, 63:14, 63:21,
63:24, 64:2, 64:5,
64:12, 64:15, 64:21,
64:24, 65:5, 65:15,
65:18, 65:21, 65:23,
66:3, 66:10, 66:15,
66:19, 66:23, 67:1,
67:3, 67:7, 67:16,
67:22, 68:6, 68:11,
68:14, 68:17, 69:3,

69:10, 69:14, 69:18,
69:24, 70:1, 70:6,
70:19, 70:24, 71:2,
71:11, 71:16, 71:20,
71:22, 72:1, 72:4,
72:11, 72:18, 72:22,
73:2, 73:5, 73:8,
73:15, 73:20, 74:3,
74:8, 74:12, 74:17,
75:1, 75:5, 75:9,
75:17, 75:22, 75:24,
76:4, 76:12, 76:16,
76:24, 77:6, 77:12,
77:14, 77:18, 77:23,
78:7, 78:14, 78:17,
78:22, 79:3, 79:8,
79:18, 80:8, 80:17,
82:25, 83:8, 83:19,
83:23, 83:25, 84:4,
84:9, 84:13, 84:15,
84:23, 85:3, 85:8,
85:12, 85:23, 86:4,
86:7, 86:19
**Halberg** [5] - 2:4,
3:10, 70:21, 82:21,
85:21
**half** [8] - 13:19,
30:17, 30:21, 30:25,
38:19, 41:23, 71:19,
71:25
**half-moon** [4] -
13:19, 30:25, 38:19,
41:23
**hammer** [1] - 87:6
**hand** [3] - 4:18, 19:3,
88:16
**hanging** [1] - 84:19
**Happily** [1] - 73:1
**happy** [1] - 28:17
**hard** [2] - 30:3, 39:12
**hasn 't** [2] - 69:24,
86:15
**haven 't** [2] - 23:15,
85:23
**head** [1] - 28:2
**heading** [1] - 63:14
**headings** [2] - 58:15,
59:3
**hear** [8] - 7:7, 12:19,
19:18, 55:10, 55:12,
58:10, 62:24
**heard** [3] - 14:10,
55:11, 77:2
**HEARING** [1] - 1:7
**hearing** [3] - 13:23,
71:7, 80:16
**heavily** [1] - 24:8
**heavy** [1] - 9:2
**help** [2] - 5:21, 30:12

**hereunder** [1] -
88:15
**Here 's** [1] - 26:1
**he 's** [3] - 62:16,
64:17, 83:4
**hide** [2] - 19:20,
28:19
**hiding** [1] - 75:12
**higher** [1] - 4:10
**Hill** [1] - 11:15
**Hills** [1] - 10:3
**hint** [1] - 10:5
**Hmm** [6] - 5:10, 37:5,
41:9, 42:17, 65:4,
68:13
**hmm** [6] - 5:10, 37:5,
41:9, 42:17, 65:4,
68:13
**Hmm -hmm** [6] -
5:10, 37:5, 41:9,
42:17, 65:4, 68:13
**hold** [2] - 86:1, 86:9
**home** [1] - 12:24
**homeowner** [3] -
14:20, 36:4, 36:6
**homeowners** [1] -
36:3
**homeowner 's** [1] -
12:25
**Honor** [2] - 73:1,
82:10
**hope** [1] - 84:21
**hour** [7] - 71:10,
71:12, 71:19, 71:25,
80:14, 80:15, 80:21
**hours** [2] - 7:4, 8:3,
17:3
**house** [26] - 14:25,
15:16, 16:2, 17:6,
17:17, 17:18, 18:5,
19:9, 19:17, 29:25,
30:22, 31:17, 31:23,
43:1, 44:3, 46:10,
46:13, 49:21, 50:1,
50:15, 50:16, 54:16,
54:17, 56:25, 57:8,
75:8
**hyphen** [2] - 5:24,
6:5

## I

**identification** [3] -
34:22, 40:22, 51:9
**identified** [1] - 14:1
**identify** [1] - 19:24
**important** [1] - 21:3
**impossible** [1] -

**imprisoned** [1] -
66:12
**imprisonment** [1] -
67:6
**in-service** [1] - 8:4
**inaudible** [18] - 25:7,
27:7, 29:21, 33:8,
39:19, 39:20, 40:1,
49:9, 63:24, 64:2,
66:1, 71:14, 72:1,
82:19, 83:24, 84:2,
86:22
**Inaudible** [3] - 34:13,
34:19, 40:2
**inaudible )** [6] -
39:21, 40:8, 58:22,
77:22, 81:25, 83:23
**inch** [1] - 78:20
**inches** [2] - 46:16,
79:5
**incident** [3] - 22:21,
35:5, 76:3
**included** [2] - 34:3,
51:23
**inconvenience** [1] -
83:6
**indicate** [3] - 14:10,
15:19, 17:22
**indicated** [10] - 3:14,
16:19, 19:7, 31:23,
32:4, 35:8, 44:11,
44:15, 56:22, 76:25
**indirectly** [1] - 88:14
**individual** [2] -
39:23, 47:13
**individuals** [4] -
18:10, 39:1, 39:10,
48:13
**inferior** [2] - 4:7, 4:8
**information** [7] -
9:25, 17:13, 28:17,
33:8, 35:22, 56:23,
57:21
**initial** [1] - 9:22
**initiated** [3] - 8:13,
8:25, 9:5
**inside** [9] - 11:10,
15:5, 46:10, 46:12,
46:19, 56:7, 78:6,
79:12, 79:16
**instance** [3] - 57:5,
73:23, 74:22
**instances** [1] - 75:15
**intend** [1] - 28:18
**interested** [1] - 88:13
**interim** [1] - 87:1
**Internet** [1] - 29:25
**interrogation** [1] -
8:14
**interview** [1] - 51:5

**intoxicants** [1] - 75:10
**intoxicated** [1] - 65:6
**investigating** [1] - 8:18
**investigative** [1] - 8:24
**investigative -type** [1] - 8:24
**involve** [1] - 8:18
**issue** [7] - 3:19, 3:23, 17:7, 24:16, 26:4, 28:22, 29:5
**issued** [1] - 3:21
**issues** [3] - 4:18, 80:12, 81:13
**items** [1] - 54:18
**itself** [1] - 27:24
**it's** [25] - 3:16, 3:19, 4:4, 4:7, 19:16, 19:19, 20:20, 23:21, 24:4, 27:6, 30:3, 31:12, 31:13, 52:14, 64:18, 69:5, 69:11, 70:3, 70:4, 74:13, 80:11, 80:19, 83:6, 83:7, 86:6
**It's** [9] - 5:11, 11:9, 11:25, 21:23, 23:21, 27:6, 31:5, 39:12, 79:21
**I'd** [2] - 26:24, 85:19
**I'll** [6] - 29:16, 29:18, 39:17, 64:19, 71:16, 81:2
**I'm** [86] - 4:17, 7:21, 13:7, 19:22, 22:3, 24:6, 24:17, 25:7, 29:22, 32:16, 32:25, 33:25, 34:8, 34:20, 34:24, 35:10, 36:15, 36:22, 37:8, 37:11, 38:11, 39:3, 39:14, 40:7, 40:20, 40:21, 41:17, 43:6, 43:9, 43:14, 43:22, 43:25, 45:23, 46:3, 46:8, 46:14, 46:17, 47:4, 47:10, 47:12, 47:14, 47:17, 48:21, 48:24, 49:5, 49:18, 51:8, 51:24, 52:12, 52:25, 55:18, 58:3, 58:8, 58:20, 59:20, 59:21, 59:22, 61:12, 62:2, 62:23, 63:2, 63:12, 63:16, 64:21, 65:17, 67:20, 68:11, 68:23, 70:12, 70:24, 71:2, 72:4, 75:2, 77:23, 78:8,

79:11, 79:13, 79:14, 80:20, 80:21, 81:5, 83:14, 85:18
**I've** [6] - 36:7, 43:23, 71:8, 80:11, 80:12, 86:21

**J**

**Janice** [1] - 82:4
**job** [1] - 25:22
**joining** [1] - 6:15
**JOSEPHINE** [1] - 1:6
**Josephine** [1] - 3:3
**judge** [9] - 4:14, 18:15, 18:19, 50:24, 52:24, 54:1, 59:24, 62:7, 83:3
**Judge** [5] - 2:2, 20:6, 24:2, 50:1, 69:21
**JUDGE** [123] - 3:2, 3:23, 4:1, 4:4, 4:16, 4:24, 5:2, 5:4, 5:6, 5:11, 5:16, 7:9, 7:15, 20:10, 20:12, 21:1, 21:7, 22:5, 24:4, 24:6, 24:11, 24:15, 24:19, 24:25, 25:8, 25:23, 26:2, 26:4, 26:6, 26:13, 26:15, 26:19, 26:23, 27:1, 27:3, 27:8, 27:13, 27:19, 27:23, 28:1, 28:4, 28:7, 28:10, 28:20, 28:23, 29:2, 29:7, 29:20, 31:12, 34:12, 34:23, 37:10, 39:17, 39:20, 39:22, 40:1, 60:4, 60:8, 62:15, 62:18, 62:20, 63:1, 63:5, 63:7, 63:25, 64:3, 64:6, 64:14, 64:16, 64:23, 70:13, 70:15, 70:17, 70:21, 71:1, 71:4, 71:13, 71:18, 71:21, 71:24, 72:3, 72:21, 72:23, 73:3, 73:6, 79:20, 79:24, 80:2, 80:4, 80:7, 80:10, 80:19, 81:4, 81:6, 81:12, 81:15, 81:18, 81:20, 81:23, 82:1, 82:14, 82:17, 82:21, 83:2, 83:10, 83:22, 83:24, 84:2, 84:8, 84:12, 84:14, 84:18, 85:1, 85:6, 85:9, 85:13, 85:25, 86:6, 86:8, 86:13, 86:15, 86:18,

87:3
**judge 's** [3] - 17:6, 49:21, 50:16
**judicial** [3] - 64:7, 65:2, 73:6
**July** [4] - 81:18, 81:19, 81:20, 88:17
**June** [1] - 80:25
**justice** [1] - 6:22
**juvenile** [1] - 14:21
**juvenile 's** [1] - 13:1

**K**

**KAREN** [2] - 1:14, 88:5
**Karen** [1] - 88:20
**keep** [1] - 85:19
**keeping** [1] - 86:3
**keg** [1] - 55:22
**kind** [9] - 8:10, 8:22, 9:22, 13:22, 19:8, 19:10, 21:25, 22:5, 77:1
**kitchen** [1] - 78:13
**knocked** [1] - 48:10
**Knocked** [1] - 12:20
**knocking** [1] - 18:6
**knowing** [2] - 24:23, 81:9
**knows** [1] - 4:16
**Kristin** [3] - 2:5, 5:14, 6:4

**L**

**landing** [6] - 13:20, 39:7, 39:14, 42:6, 56:25, 57:9
**language** [1] - 73:19
**large** [1] - 86:2
**last** [7] - 5:9, 6:3, 23:8, 67:7, 67:12, 68:21, 69:5
**lasted** [1] - 80:23
**law** [1] - 6:14
**lawyers** [1] - 73:16
**lead** [1] - 17:19
**led** [2] - 47:8, 47:14
**left** [8] - 12:24, 13:1, 14:19, 43:3, 43:5, 71:9, 71:19, 80:11
**legal** [5] - 18:12, 20:25, 21:2, 64:18, 64:22
**legally** [1] - 20:22
**lengthy** [1] - 71:7
**lesson** [1] - 25:2

**Let's** [1] - 48:2
**let's** [12] - 31:13, 41:6, 41:17, 47:21, 53:16, 54:19, 57:16, 64:3, 70:20, 74:18, 79:19
**license** [5] - 24:25, 32:1, 32:3, 35:9, 35:25
**licensed** [2] - 7:19, 65:7
**life** [1] - 84:11
**light** [1] - 20:7
**lighter** [1] - 9:4
**lights** [1] - 11:21
**limited** [1] - 27:5
**Linda** [1] - 83:16
**line** [1] - 69:5
**list** [4] - 33:9, 34:11, 36:2, 65:19
**listed** [4] - 12:4, 34:2, 35:12, 36:4
**listening** [1] - 45:7
**listing** [1] - 12:13
**litigate** [1] - 3:18
**living** [1] - 36:10
**located** [2] - 54:17, 78:12
**lock** [1] - 77:3
**locked** [3] - 13:24, 19:18, 77:2
**locking** [2] - 18:5, 19:9
**log** [1] - 26:25
**longest** [1] - 80:22
**look** [12] - 34:9, 35:2, 35:6, 37:12, 42:23, 50:8, 53:21, 65:2, 65:24, 69:5, 72:15, 82:5
**looked** [11] - 43:2, 44:4, 44:16, 45:13, 45:25, 46:1, 46:6, 78:5, 78:9, 79:14, 79:15
**looking** [6] - 14:5, 39:13, 41:8, 46:19, 57:8, 80:25
**looks** [2] - 17:17, 41:21
**lower** [1] - 4:8

**M**

**MADELINE** [1] - 1:6
**Madeline** [1] - 3:3
**mail** [3] - 23:22, 27:7
**maintain** [2] - 7:24,

**march** [1] - 88:23
**marked** [5] - 29:23, 34:21, 40:22, 51:9, 77:24
**master 's** [1] - 6:22
**mean** [26] - 13:8, 20:4, 21:17, 24:3, 24:5, 24:23, 25:21, 26:6, 32:17, 34:1, 45:24, 46:4, 47:5, 63:3, 63:13, 63:25, 64:6, 66:4, 71:18, 74:11, 76:3, 80:4, 80:12, 81:11, 84:23, 86:20
**Meaning** [1] - 75:6
**means** [1] - 77:14
**meant** [1] - 56:17
**memory** [1] - 22:22
**MEQUON** [1] - 1:4
**Mequon** [2] - 2:3, 3:3, 6:9, 6:16, 8:11, 72:6, 83:12
**message** [2] - 12:25, 13:1
**met** [1] - 36:7
**microphone** [5] - 5:7, 7:7, 7:10, 22:6, 34:12
**might** [3] - 16:6, 81:16, 83:11
**Milwaukee** [1] - 45:7
**minimum** [1] - 8:3
**minor** [1] - 63:10
**minutes** [3] - 71:21, 80:4, 80:11
**misdemeanors** [1] - 21:20
**missing** [1] - 78:12
**monetary** [1] - 20:21
**month** [1] - 82:24
**months** [7] - 3:17, 66:9, 66:14, 67:12, 68:21, 69:6, 85:16
**moon** [5] - 13:19, 30:17, 30:25, 38:19, 41:23
**morning** [3] - 50:4, 82:20, 83:11
**motion** [4] - 3:15, 3:16, 71:7, 80:16
**mouth** [2] - 16:5, 28:9
**move** [1] - 86:22
**moved** [2] - 85:24, 86:15
**MR** [430] - 3:22, 3:24, 4:2, 4:13, 4:22, 4:25, 5:3, 5:5, 5:12, 5:18, 6:4, 6:7, 6:10, 6:14,

6:18, 6:24, 7:6, 7:8, 7:13, 7:16, 7:17, 7:23, 8:6, 8:9, 8:16, 8:21, 9:7, 9:12, 9:16, 9:21, 10:4, 10:10, 10:16, 10:21, 11:1, 11:5, 11:14, 11:18, 11:23, 12:3, 12:9, 12:14, 13:3, 13:9, 13:25, 14:3, 14:6, 14:8, 14:16, 14:24, 15:8, 15:12, 15:18, 15:23, 16:4, 16:11, 16:15, 16:19, 17:8, 17:11, 17:21, 18:9, 18:13, 18:18, 18:21, 18:24, 19:5, 19:12, 19:15, 19:23, 20:6, 20:11, 20:13, 20:19, 20:22, 20:24, 21:11, 21:16, 21:21, 21:25, 22:2, 22:4, 22:8, 22:12, 22:14, 22:18, 22:23, 23:1, 23:4, 23:9, 23:11, 23:13, 23:19, 23:23, 24:2, 24:5, 24:8, 24:13, 24:18, 24:23, 25:1, 25:6, 25:7, 25:9, 25:11, 25:13, 25:14, 25:16, 25:17, 25:19, 25:20, 25:24, 26:1, 26:3, 26:5, 26:9, 26:14, 26:17, 27:11, 27:15, 27:21, 27:25, 28:3, 28:5, 28:8, 28:13, 28:21, 28:24, 29:3, 29:16, 29:22, 30:5, 30:11, 30:16, 30:21, 31:2, 31:7, 31:11, 31:16, 31:22, 32:3, 32:10, 32:14, 32:18, 32:23, 33:2, 33:11, 33:14, 33:20, 33:24, 34:4, 34:6, 34:14, 34:15, 34:16, 34:17, 34:18, 34:20, 34:24, 35:6, 35:14, 35:19, 36:5, 36:9, 36:12, 36:17, 36:20, 36:23, 37:3, 37:6, 37:9, 37:12, 37:18, 37:23, 38:2, 38:8, 38:13, 38:16, 38:20, 39:1, 39:5, 39:9, 39:16, 39:18, 39:21, 40:3, 40:9, 40:12, 40:18, 40:21, 40:25, 41:4, 41:10, 41:13, 41:16, 41:23, 42:4, 42:10, 42:13, 42:18, 42:21,

43:2, 43:6, 43:9, 43:13, 43:18, 43:24, 44:2, 44:6, 44:15, 44:20, 44:24, 45:3, 45:6, 45:12, 45:16, 45:20, 46:1, 46:5, 46:11, 46:15, 46:20, 47:2, 47:6, 47:11, 47:18, 47:21, 47:25, 48:2, 48:5, 48:8, 48:10, 48:13, 48:16, 48:23, 49:7, 49:10, 49:15, 49:18, 49:25, 50:3, 50:7, 50:14, 50:19, 50:23, 51:1, 51:4, 51:8, 51:13, 51:17, 51:21, 51:24, 52:4, 52:7, 52:12, 52:17, 52:25, 53:3, 53:8, 53:13, 53:16, 53:22, 53:25, 54:6, 54:12, 54:14, 55:2, 55:5, 55:10, 55:17, 55:25, 56:3, 56:8, 56:11, 56:16, 56:19, 57:4, 57:12, 57:20, 58:3, 58:6, 58:9, 58:14, 58:17, 58:20, 58:23, 59:7, 59:14, 59:20, 60:1, 60:3, 60:5, 60:7, 60:11, 60:16, 60:22, 61:1, 61:5, 61:7, 61:10, 61:14, 61:18, 61:23, 62:4, 62:10, 62:13, 62:16, 62:19, 62:23, 63:3, 63:6, 63:8, 63:14, 63:21, 63:22, 63:24, 64:2, 64:5, 64:12, 64:15, 64:21, 64:24, 65:5, 65:15, 65:18, 65:21, 65:23, 66:3, 66:10, 66:15, 66:19, 66:23, 67:1, 67:3, 67:7, 67:16, 67:22, 68:6, 68:11, 68:14, 68:17, 69:3, 69:10, 69:14, 69:18, 69:21, 69:24, 69:25, 70:1, 70:2, 70:6, 70:14, 70:16, 70:19, 70:24, 71:2, 71:11, 71:16, 71:20, 71:22, 72:1, 72:4, 72:11, 72:18, 72:22, 73:1, 73:2, 73:5, 73:8, 73:15, 73:20, 74:3, 74:8, 74:12, 74:17, 75:1, 75:5, 75:9, 75:17, 75:22, 75:24, 76:4, 76:12, 76:16,

76:24, 77:6, 77:12, 77:14, 77:18, 77:23, 78:7, 78:14, 78:17, 78:22, 79:3, 79:8, 79:18, 79:23, 79:25, 80:3, 80:6, 80:8, 80:17, 81:5, 81:9, 81:13, 81:16, 82:10, 82:15, 82:18, 82:25, 83:8, 83:19, 83:23, 83:25, 84:4, 84:9, 84:13, 84:15, 84:23, 85:3, 85:8, 85:12, 85:23, 86:4, 86:7, 86:10, 86:14, 86:17, 86:19

**MS** [299] - 5:10, 5:23, 6:4, 6:8, 6:12, 6:17, 6:21, 7:3, 7:11, 7:14, 7:21, 8:2, 8:8, 8:12, 8:20, 9:1, 9:11, 9:15, 9:20, 9:24, 10:8, 10:15, 10:19, 10:23, 11:2, 11:9, 11:17, 11:20, 11:25, 12:6, 12:11, 12:17, 13:7, 13:13, 14:2, 14:4, 14:7, 14:13, 14:19, 15:2, 15:10, 15:14, 15:21, 15:25, 16:8, 16:14, 16:17, 16:23, 17:10, 17:15, 17:25, 18:11, 18:16, 18:20, 18:23, 19:1, 19:11, 19:14, 19:16, 20:2, 20:18, 20:20, 21:6, 21:8, 21:14, 21:19, 21:23, 22:1, 22:3, 22:11, 22:13, 22:16, 22:20, 22:25, 23:2, 23:6, 23:17, 23:21, 23:25, 26:21, 26:24, 27:2, 27:6, 30:2, 30:8, 30:14, 30:19, 30:24, 31:5, 31:15, 31:20, 32:1, 32:7, 32:12, 32:16, 32:21, 32:25, 33:4, 33:13, 33:17, 33:22, 33:25, 34:5, 34:8, 35:4, 35:10, 35:18, 35:24, 36:7, 36:11, 36:15, 36:19, 36:22, 36:24, 37:5, 37:8, 37:11, 37:15, 37:22, 38:1, 38:5, 38:11, 38:15, 38:18, 38:23, 39:3, 39:6, 39:12, 40:6, 40:11, 41:3, 41:9, 41:13, 41:15, 41:21, 42:1,

42:8, 42:11, 42:17, 42:20, 42:25, 43:4, 43:7, 43:11, 43:16, 43:22, 44:1, 44:5, 44:14, 44:18, 44:22, 45:1, 45:4, 45:11, 45:15, 45:18, 45:23, 46:3, 46:8, 46:14, 46:17, 46:25, 47:4, 47:10, 47:12, 47:19, 47:23, 48:1, 48:4, 48:7, 48:9, 48:12, 48:15, 48:20, 49:5, 49:8, 49:13, 49:17, 49:23, 50:2, 50:5, 50:13, 50:17, 50:22, 50:25, 51:3, 51:6, 51:12, 51:15, 51:18, 51:22, 52:2, 52:5, 52:10, 52:15, 52:21, 53:2, 53:6, 53:12, 53:14, 53:20, 53:23, 54:3, 54:10, 54:13, 54:24, 55:4, 55:9, 55:15, 55:23, 56:2, 56:6, 56:9, 56:14, 56:17, 57:2, 57:10, 57:19, 58:1, 58:4, 58:8, 58:11, 58:15, 58:18, 58:22, 59:2, 59:12, 59:18, 60:13, 60:18, 60:24, 61:3, 61:6, 61:8, 61:12, 61:16, 61:19, 62:2, 62:11, 63:12, 63:19, 65:4, 65:13, 65:16, 65:19, 65:22, 66:1, 66:6, 66:11, 66:18, 66:22, 66:25, 67:2, 67:5, 67:14, 67:20, 68:4, 68:9, 68:13, 68:15, 68:22, 69:8, 69:13, 69:16, 72:9, 72:14, 73:13, 73:17, 73:24, 74:6, 74:10, 74:15, 74:24, 75:2, 75:6, 75:16, 75:21, 75:23, 76:2, 76:10, 76:14, 76:19, 77:4, 77:10, 77:13, 77:16, 77:21, 78:4, 78:10, 78:16, 78:19, 79:1, 79:6, 79:11, 81:2, 81:21

**Multiple** - 16:17
**multiple** [4] - 11:21, 12:2, 18:3, 40:16
**multitude** [1] - 16:18
**municipal** [10] - 21:9, 21:12, 21:17, 21:18, 21:22, 22:9,

72:25, 73:18, 73:20, 83:1

**must** [2] - 60:15, 67:9

## N

**name** [6] - 2:2, 5:17, 6:2, 6:3, 53:4, 53:9
**necessarily** [1] - 16:5
**necessary** [1] - 82:8
**need** [19] - 16:23, 16:25, 17:3, 24:10, 24:13, 25:2, 25:3, 25:4, 25:9, 34:9, 34:15, 52:13, 64:16, 69:4, 72:14, 81:8, 81:16, 84:6
**needs** [1] - 62:21
**never** [1] - 80:13
**new** [2] - 55:18, 75:13
**Next** [1] - 63:7
**next** [8] - 29:14, 36:25, 57:13, 76:21, 77:6, 84:21, 84:24, 85:15
**night** [11] - 16:22, 30:3, 40:4, 41:2, 42:24, 43:21, 51:20, 61:15, 78:2, 78:3, 87:9
**nights** [1] - 40:17
**nobody** [2] - 48:17, 71:12
**non** [4] - 16:16, 24:12, 24:13, 24:14
**non-redacted** [2] - 24:12, 24:14
**non-underage** [1] - 16:16
**none** [1] - 76:16
**noon** [1] - 82:7
**normal** [1] - 5:11
**notary** [2] - 52:14, 52:20
**Notary** [3] - 1:14, 88:6, 88:20
**notes** [2] - 28:25, 29:18
**nothing** [4] - 5:21, 56:25, 75:13, 79:19
**notice** [3] - 64:7, 65:2, 73:7
**notification** [1] - 17:3
**November** [1] - 40:5
**number** [2] - 12:24,

28:14
**numbers** [7] - 25:10, 25:18, 26:7, 27:14, 27:20, 27:24, 29:13
**numerous** [1] - 74:21

**O**

**oath** [6] - 54:7, 56:12, 59:22, 59:25, 62:7, 70:9
**object** [2] - 64:18
**Object** [2] - 31:11, 60:1
**Objection** [2] - 20:24, 62:10
**observation** [3] - 44:21, 46:22, 57:7
**observations** [1] - 19:6
**observe** [4] - 11:19, 13:12, 17:18, 59:6
**observed** [7] - 15:19, 18:3, 44:22, 44:25, 48:5, 75:11
**Observed** [2] - 74:20, 75:10
**obtain** [2] - 16:20, 17:14
**obtained** [2] - 61:13, 69:2
**obviously** [4] - 9:1, 35:25, 82:15, 86:25
**occupants** [1] - 15:5
**occurred** [1] - 47:7
**occurring** [2] - 10:2, 14:15
**October** [3] - 9:8, 40:4, 41:2
**OF** [4] - 1:4, 3:1, 88:1, 88:2
**offense** [2] - 17:19, 17:23
**offenses** [3] - 64:11, 72:24, 73:4
**offered** [1] - 82:11
**office** [1] - 88:16
**officer** [8] - 6:9, 6:20, 7:1, 7:20, 7:22, 25:3, 70:22, 76:6
**Officer** [13] - 10:24, 15:16, 20:15, 29:22, 36:20, 37:2, 37:16, 37:19, 38:9, 40:3, 44:11, 48:18
**officers** [9] - 10:20, 10:22, 11:6, 11:13, 19:2, 44:10, 44:20, 45:4,

76:15, 76:23
**old** [3] - 83:2, 84:20
**on-call** [1] - 17:1
**once** [1] - 4:6
**One** [1] - 4:25
**one** [20] - 4:25, 7:11, 7:12, 7:13, 10:12, 11:7, 11:22, 14:20, 16:10, 20:13, 24:6, 25:24, 30:9, 34:14, 44:11, 50:4, 53:3, 65:9, 79:4
**open** [5] - 46:7, 79:7, 82:7, 82:15, 83:12
**opening** [1] - 78:20
**order** [2] - 7:23, 17:14
**ordinance** [9] - 21:22, 22:9, 72:8, 72:10, 72:12, 73:20, 74:4, 74:8, 74:14
**Ordinance** [1] - 72:6
**original** [1] - 28:15
**otherwise** [2] - 85:19, 87:5
**outside** [3] - 12:19, 26:22, 79:17
**own** [1] - 27:16
**owned** [1] - 34:6
**owner** [1] - 12:21
**o'clock** [1] - 50:4

**P**

**Pabst** [2] - 45:4, 45:10
**page** [13] - 35:7, 37:4, 37:11, 40:10, 50:8, 52:8, 52:11, 53:17, 53:22, 54:11, 74:18, 74:20, 75:25
**Page** [1] - 76:2
**paperclip** [1] - 40:1
**paperwork** [8] - 16:24, 17:5, 17:7, 17:12, 51:18, 51:19, 52:3, 52:23
**paragraph** [8] - 24:14, 24:24, 35:8, 37:13, 50:10, 66:20, 69:7, 77:7
**Pardon** [1] - 75:1
**parent** [1] - 15:3
**parked** [4] - 12:22, 14:22, 30:7, 35:15
**Parkway** [1] - 11:15
**part** [8] - 8:16, 17:11, 19:25

24:24, 28:13, 42:24, 64:8
**parties** [4] - 3:13, 12:1, 16:2, 88:12
**partner** [1] - 49:22
**party** [4] - 10:2, 10:13, 14:15, 53:24
**passed** [1] - 50:15
**past** [2] - 27:18, 76:20
**patrol** [1] - 40:13
**Patrol** [2] - 77:8, 77:11
**PBR** [1] - 45:1
**penalties** [1] - 65:8
**penalty** [1] - 20:21
**People** [2] - 10:8, 14:4
**people** [16] - 11:10, 12:13, 13:21, 16:2, 16:9, 18:3, 40:16, 41:24, 45:14, 56:24, 57:11, 75:11, 76:17, 79:12, 80:12
**per** [2] - 8:3, 9:2
**perimeter** [3] - 15:25, 36:25, 44:13
**person** [17] - 14:21, 17:6, 18:17, 59:10, 59:16, 61:11, 63:10, 65:10, 66:8, 66:13, 67:13, 67:18, 67:24, 68:20, 70:7, 70:11, 82:3
**personal** [1] - 88:8
**persons** [14] - 55:7, 57:6, 57:16, 57:25, 60:14, 60:19, 60:20, 61:17, 61:22, 61:24, 63:16, 65:6, 68:10, 68:25
**Persons** [1] - 56:20
**phone** [15] - 12:21, 12:22, 12:24, 12:25, 13:2, 13:4, 13:11, 13:14, 13:18, 14:17, 14:18, 15:1, 18:6, 36:13, 48:21
**phonetic )** [1] - 10:25
**photo** [5] - 41:1, 43:16, 43:23, 44:2, 85:22
**photographer** [1] - 40:20
**photographs** [4] - 29:24, 40:4, 77:7, 77:11
**Photos** [1] - 40:19
**photos** [6] - 30:4,

77:17, 78:8
**phrase** [1] - 65:9
**physical** [2] - 23:7, 23:12
**physically** [1] - 17:17
**picking** [1] - 83:14
**picture** [2] - 43:3, 79:15
**pictures** [2] - 30:1, 77:19
**place** [2] - 18:25, 54:15
**placed** [1] - 33:6
**plans** [1] - 81:10
**plate** [8] - 25:10, 25:17, 26:7, 27:14, 27:19, 27:23, 28:14, 29:12
**plates** [16] - 12:7, 12:13, 24:25, 25:25, 31:25, 32:2, 32:3, 32:5, 32:15, 32:19, 33:2, 33:15, 33:17, 35:9, 35:20, 48:8
**point** [21] - 9:13, 9:17, 11:2, 15:9, 29:13, 31:19, 35:23, 36:17, 42:15, 45:14, 48:16, 48:21, 49:2, 49:11, 49:20, 54:4, 55:20, 64:9, 79:13, 85:20, 86:11
**police** [18] - 6:8, 6:20, 6:23, 6:25, 7:4, 7:18, 7:20, 7:22, 10:9, 10:12, 16:9, 18:4, 22:24, 26:11, 32:11, 33:24, 43:17, 85:10
**porch** [2] - 38:7, 39:11, 42:6
**portable** [1] - 40:16
**portion** [1] - 64:1
**position** [6] - 6:19, 6:25, 37:1, 41:25
**possession** [7] - 3:5, 57:15, 61:20, 65:8, 69:1, 73:11, 73:22
**practice** [3] - 16:12, 74:7, 74:13
**pre** [1] - 73:25
**pre-printed** [1] - 73:25
**prefer** [1] - 82:11
**preliminary** [1] - 50:11
**premises** [2] - 65:7, 75:10
**prepare** [4] - 22:18, 23:5, 23:14, 26:11
**prepared** [1] -

**preparing** [1] - 50:20
**present** [1] - 65:7
**presented** [3] - 18:14, 50:23, 62:6
**presuming** [1] - 84:15
**pretty** [2] - 7:10, 11:7
**previous** [5] - 63:4, 66:8, 66:13, 67:24, 68:2
**previously** [6] - 25:12, 25:15, 28:18, 67:12, 68:20, 70:11
**print** [2] - 55:2, 55:5
**printed** [2] - 59:1, 73:25
**printouts** [1] - 34:2
**probable** [1] - 31:10
**PROCEEDINGS** [1] - 3:1
**process** [4] - 16:21, 19:8, 20:1, 50:18
**procure** [1] - 65:9
**properly** [2] - 3:21, 5:8
**property** [1] - 17:16
**Prosecutor** [1] - 2:3
**prosecutor** [2] - 3:8, 83:4
**prove** [1] - 84:17
**provide** [3] - 17:13, 28:17, 54:7
**provided** [5] - 58:13, 61:11, 67:23, 68:24, 70:12
**providing** [6] - 59:19, 62:9, 67:13, 68:1, 68:3, 68:19
**proving** [1] - 84:16
**Public** [3] - 1:14, 88:6, 88:20
**pull** [7] - 7:9, 12:6, 23:24, 26:18, 26:20
**Pull** [1] - 34:12
**pulled** [1] - 54:22
**pushed** [1] - 41:18
**put** [13] - 16:5, 25:3, 32:10, 32:24, 33:2, 33:14, 33:20, 34:1, 34:9, 45:24, 53:18, 58:4, 58:13
**Put** [1] - 33:22

**Q**

**queried** [1] - 32:22
**query** [1] - 32:24
**questions** [2] - 26:3,

**quick** [4] - 22:20, 70:24, 71:2, 83:8
**quickly** [2] - 72:19, 74:18

## R

**radioed** [3] - 19:1, 32:7, 76:7
**Radioed** [2] - 75:21, 75:22
**ran** [5] - 32:5, 32:8, 32:14, 35:19, 48:8
**rang** [1] - 12:18
**read** [6] - 22:21, 65:25, 66:4, 66:20, 69:11
**read-through** [1] - 22:21
**reading** [1] - 45:8
**Ready** [1] - 5:3
**realize** [1] - 56:4
**really** [3] - 9:5, 56:12, 84:5
**rear** [5] - 15:21, 15:24, 37:2, 45:18, 76:8
**Reardon** [2] - 3:17, 10:2
**reason** [1] - 24:16
**rebuttal** [1] - 81:13
**receive** [2] - 12:20, 14:17
**received** [2] - 9:25, 10:12
**receiving** [2] - 10:17, 18:25
**recognize** [3] - 29:25, 41:20, 51:10
**recollection** [15] - 3:19, 27:16, 30:12, 30:18, 30:19, 37:14, 40:14, 41:1, 41:14, 42:23, 43:20, 44:3, 77:9, 78:2, 79:9
**record** [3] - 3:13, 6:3, 78:25
**RECORDED** [1] - 1:7
**recording** [2] - 87:10, 88:7
**records** [1] - 24:16
**recruit** [1] - 7:3
**red** [1] - 55:21
**redacted** [10] - 24:9, 24:11, 24:12, 24:14, 24:17, 24:19, 27:12, 27:22, 28:15, 35:2
**redaction** [1] - 35:11
**redirect** [1] - 3:11

**reduced** [1] - 88:8
**refer** [3] - 37:3, 40:9, 42:13
**referring** [4] - 41:6, 65:11, 69:20, 75:4
**reflects** [1] - 78:4
**refresh** [11] - 22:22, 30:18, 37:13, 40:13, 41:1, 42:23, 43:20, 44:2, 77:8, 78:1, 79:8
**refreshes** [1] - 41:13
**refused** [1] - 15:6
**regard** [1] - 54:20
**regarding** [3] - 9:19, 10:1, 57:23
**registered** [1] - 12:10
**registration** [2] - 12:7, 33:9
**relates** [4] - 6:19, 6:24, 19:6, 21:4
**relative** [1] - 88:11, 88:12
**remember** [10] - 12:11, 13:15, 20:3, 20:4, 30:6, 37:25, 49:9, 66:15, 76:9, 77:18
**Renee** [1] - 88:20
**RENEE** [2] - 1:14, 88:5
**repeatedly** [1] - 39:8
**report** [23] - 22:21, 22:24, 26:11, 27:20, 27:21, 27:24, 29:6, 29:18, 32:11, 32:24, 33:3, 33:16, 33:21, 33:24, 34:2, 34:4, 34:9, 35:3, 35:5, 35:13, 44:10, 50:8, 76:3
**Reporter** [1] - 1:14, 88:5, 88:20
**request** [1] - 9:18
**requested** [1] - 11:3
**Required** [1] - 66:7
**required** [1] - 29:8
**requirement** [1] - 8:7
**requirements** [2] - 7:25, 8:3
**residence** [12] - 10:2, 11:10, 11:16, 11:21, 15:22, 15:24, 16:10, 18:2, 18:17, 19:4, 37:2, 45:19
**residents** [1] - 12:23
**respect** [2] - 12:15, 14:11
**respond** [5] - 9:18,

79:24

11:15, 17:5
**Responded** [1] - 10:19
**responded** [1] - 10:22
**Responding** [1] - 8:12
**responding** [2] - 8:17, 11:14
**response** [6] - 8:24, 11:7, 12:20, 13:17, 14:18, 16:12
**results** [3] - 32:11, 33:15, 33:19
**Results** [1] - 32:12
**retain** [2] - 85:21, 85:25
**return** [1] - 33:5
**returns** [1] - 33:18
**review** [4] - 17:6, 18:19, 22:15, 72:19
**Review** [1] - 22:16
**reviewed** [2] - 23:7, 29:8
**Ribbon** [2] - 45:5, 45:10
**ride** [1] - 49:24
**road** [1] - 83:7
**room** [7] - 77:19, 78:2, 78:5, 78:8, 78:10, 78:15, 84:13
**Rudolph** [2] - 10:24, 37:19
**run** [3] - 16:3, 16:6, 32:8
**running** [3] - 13:22, 38:24, 39:8
**rushed** [1] - 84:10
**RUVIN** [1] - 1:6
**Ruvin** [2] - 3:3, 3:6

## S

**SADJAK** [111] - 5:3, 5:5, 5:12, 5:18, 5:24, 6:7, 6:10, 6:14, 6:18, 6:24, 7:8, 7:13, 7:17, 7:23, 8:6, 8:9, 8:16, 8:21, 9:7, 9:12, 9:16, 9:21, 10:4, 10:10, 10:16, 10:21, 11:1, 11:5, 11:14, 11:18, 11:23, 12:3, 12:9, 12:14, 13:3, 13:9, 13:25, 14:3, 14:6, 14:8, 14:16, 14:24, 15:8, 15:12, 15:18, 15:23, 16:4, 16:11,

17:11, 17:21, 18:9, 18:13, 18:18, 18:21, 18:24, 19:5, 19:12, 19:15, 19:23, 20:6, 20:11, 20:24, 23:11, 24:2, 24:5, 24:23, 25:6, 25:11, 25:14, 25:17, 25:20, 25:24, 26:3, 27:15, 28:13, 28:21, 28:24, 29:3, 31:11, 34:14, 34:16, 34:18, 60:1, 60:5, 62:10, 62:13, 62:16, 63:22, 69:21, 69:25, 70:2, 70:14, 70:16, 73:1, 79:23, 79:25, 80:3, 80:6, 81:5, 81:9, 81:13, 81:16, 82:10, 82:15, 82:18, 86:10, 86:14, 86:17
**Sadjak** [4] - 2:3, 3:9, 5:2, 83:3
**Sadjak 's** [1] - 83:20
**safety** [1] - 11:11
**saga** [1] - 80:22
**Sandy** [2] - 50:1, 53:5
**saw** [34] - 11:20, 11:21, 15:17, 20:3, 30:7, 31:24, 37:24, 38:5, 38:8, 38:14, 42:6, 42:12, 44:17, 44:19, 45:9, 47:7, 47:19, 48:13, 48:18, 48:25, 49:2, 55:11, 55:12, 55:22, 56:13, 56:24, 57:11, 61:3, 61:5, 74:22, 78:8, 78:12, 78:15, 78:18
**scatter** [1] - 42:12
**scattering** [10] - 13:21, 18:4, 37:24, 38:6, 38:9, 38:14, 38:17, 48:14, 75:12, 79:12
**scene** [4] - 19:2, 41:1, 47:17, 76:11
**schedule** [1] - 71:14
**scheduled** [3] - 3:12, 71:6, 71:10
**scheduler** [1] - 85:7
**scheduling** [2] - 82:4, 83:16
**school** [1] - 83:3
**seal** [1] - 88:16
**search** [24] - 3:21, 4:2, 15:11, 16:20, 17:14, 18:14, 18:19, 19:2, 20:8, 21:4,

33:15, 46:24, 47:9, 51:16, 51:19, 52:3, 74:4, 74:13, 75:18, 76:1, 78:3
**searched** [3] - 17:16, 54:15, 54:18
**second** [7] - 20:14, 35:7, 53:22, 59:15, 66:23, 68:12, 74:18
**section** [2] - 55:6, 57:13
**sections** [1] - 59:4
**secured** [1] - 19:19
**securing** [2] - 18:4, 44:13
**security** [1] - 16:1
**see** [34] - 12:1, 12:3, 13:20, 23:1, 26:11, 30:5, 30:24, 32:5, 35:2, 37:19, 38:16, 38:20, 38:23, 39:2, 41:24, 45:12, 45:13, 45:22, 46:10, 46:12, 54:10, 55:20, 56:6, 56:14, 57:5, 58:6, 61:1, 63:22, 63:25, 66:19, 72:7, 77:12, 77:19, 86:23
**seeing** [1] - 35:24, 46:23, 57:6
**seem** [1] - 79:7
**self** [3] - 8:13, 8:25, 9:5
**self-initiated** [3] - 8:13, 8:25, 9:5
**sell** [1] - 65:9
**sensitive** [1] - 22:6
**sentence** [2] - 66:20, 66:23
**sentences** [2] - 65:25, 66:3
**separate** [2] - 21:23, 27:24
**Sergeant** [4] - 10:25, 37:20, 44:12
**service** [5] - 8:4, 8:13, 8:17, 9:3, 9:18
**set** [3] - 46:9, 73:11, 88:15
**several** [6] - 11:12, 13:14, 13:21, 39:4, 48:20, 78:20
**several-inch** [1] - 78:20
**Shasso** [7] - 10:25, 15:16, 37:2, 37:20, 44:11, 44:12, 48:18
**SHAUT** [1] - 1:9
**Shaut** [2] - 3:3, 3:5
**she 'll** [2] - 85:8, 85:9

**She 'll** [2] - 85:9, 85:13

**she 's** [7] - 4:16, 27:3, 29:7, 29:10, 39:22, 69:21, 82:5

**She 's** [1] - 63:1

**shift** [4] - 9:17, 76:20, 76:21

**short** [2] - 64:4, 85:18

**short -circuit** [1] - 64:4

**shot** [1] - 84:4

**show** [10] - 24:20, 24:21, 28:10, 29:22, 34:20, 40:21, 41:17, 51:8, 72:5, 77:23

**showed** [1] - 42:21

**side** [2] - 42:25, 78:21

**sight** [1] - 18:4

**sign** [3] - 52:18, 52:19, 52:23

**signature** [3] - 52:6, 52:9, 53:4

**signed** [4] - 19:2, 51:1, 52:22, 53:7

**signify** [1] - 11:24

**signs** [1] - 14:14

**similar** [1] - 3:16

**simple** [1] - 87:4

**sit** [1] - 38:10

**situation** [3] - 4:5, 4:8, 4:11

**situations** [1] - 16:9

**slot** [1] - 82:8

**slotted** [2] - 80:14, 80:21

**small** [2] - 72:19, 79:4

**Smith** [2] - 25:14, 28:18

**solely** [1] - 46:25

**solo** [3] - 49:24, 50:1, 55:21

**someone** [2] - 59:10, 62:9

**someone 's** [1] - 57:24

**somewhere** [3] - 50:9, 56:24, 67:10

**son** [1] - 15:4

**soon** [1] - 26:2

**sorry** [11] - 22:3, 34:18, 34:24, 37:8, 58:8, 58:21, 62:23, 75:22, 75:25, 85:18, 87:7

**Sorry** [1] - 45:4

**sort** [5] - 7:24, 18:15, 30:25, 83:15, 85:7

**sounded** [1] - 13:23

**sounds** [1] - 14:10

**spaces** [1] - 35:16

**SPEAKER** [5] - 5:19, 39:24, 81:19, 81:25, 82:19

**specific** [3] - 26:8, 27:16, 65:20

**specifically** [5] - 17:22, 20:3, 42:11, 51:7, 52:22

**speculate** [1] - 61:25

**speculating** [1] - 60:17

**spelling** [1] - 6:2

**spend** [2] - 8:23, 82:23

**squad** [9] - 16:24, 23:8, 26:22, 27:4, 29:10, 32:9, 32:19, 35:21, 54:21

**sS** [1] - 88:1

**stacked** [1] - 83:13

**stairs** [1] - 41:25

**standard** [1] - 16:12

**standing** [7] - 13:9, 38:6, 42:6, 42:9, 78:5, 79:16, 79:17

**start** [3] - 4:23, 6:2, 13:21

**started** [2] - 13:23, 49:20

**STATE** [1] - 88:1

**State** [4] - 1:15, 7:20, 88:6, 88:21

**state** [1] - 6:2

**statement** [1] - 27:17

**states** [1] - 53:23

**statute** [5] - 64:17, 64:20, 65:2, 73:18

**Statute** [1] - 65:14

**Statutes** [1] - 63:20

**statutes** [1] - 64:7

**still** [1] - 60:16

**stipulate** [2] - 72:23, 87:4

**stipulating** [1] - 73:3

**stop** [2] - 84:3, 85:20

**stopping** [1] - 83:21

**stops** [2] - 8:14

**store** [1] - 61:25

**story** [1] - 54:9

**strange** [1] - 4:7

**street** [6] - 11:22, 12:22, 14:23, 30:9, 36:3, 75:7

**STUDINSKI** [300] - 5:10, 5:23, 6:4, 6:8, 6:8, 6:12, 6:17, 6:21, 7:3, 7:11, 7:14, 7:21, 8:2, 8:8, 8:12, 8:20, 9:1, 9:11, 9:15, 9:20, 9:24, 10:8, 10:15, 10:19, 10:23, 11:2, 11:9, 11:17, 11:20, 11:25, 12:6, 12:11, 12:17, 13:7, 13:13, 14:2, 14:4, 14:7, 14:13, 14:19, 15:2, 15:10, 15:14, 15:21, 15:25, 16:8, 16:14, 16:17, 16:23, 17:10, 17:15, 17:25, 18:11, 18:16, 18:20, 18:23, 19:1, 19:11, 19:14, 19:16, 20:2, 20:18, 20:20, 21:6, 21:8, 21:14, 21:19, 21:23, 22:1, 22:3, 22:11, 22:13, 22:16, 22:20, 22:25, 23:2, 23:6, 23:25, 26:21, 26:24, 27:2, 27:6, 30:2, 30:8, 30:14, 30:19, 30:24, 31:5, 31:15, 31:20, 32:1, 32:7, 32:12, 32:16, 32:21, 32:25, 33:4, 33:13, 33:17, 33:22, 33:25, 34:5, 34:8, 35:4, 35:10, 35:18, 35:24, 36:7, 36:11, 36:15, 36:19, 36:22, 36:24, 37:5, 37:8, 37:11, 37:15, 37:22, 38:1, 38:5, 38:11, 38:15, 38:18, 38:23, 39:3, 39:6, 39:12, 40:6, 40:11, 40:15, 40:19, 40:24, 41:3, 41:9, 41:12, 41:15, 41:21, 42:1, 42:8, 42:11, 42:17, 42:20, 42:25, 43:4, 43:7, 43:11, 43:16, 43:22, 44:1, 44:5, 44:14, 44:18, 44:22, 45:1, 45:4, 45:11, 45:15, 45:18, 45:23, 46:3, 46:8, 46:14, 46:17, 46:25, 47:4, 47:10, 47:12, 47:19, 47:23, 48:1, 48:4, 48:7, 48:9, 48:12, 48:15, 48:20, 49:5, 49:8, 49:13, 49:17, 49:23, 50:2, 50:5, 50:13, 50:17, 50:22, 50:25, 51:3, 51:6, 51:12, 51:15, 51:18, 51:22, 52:2, 52:5, 52:10, 52:15, 52:21, 53:2, 53:6, 53:12, 53:14, 53:20, 53:23, 54:3, 54:10, 54:13, 54:24, 55:4, 55:9, 55:15, 55:23, 56:2, 56:6, 56:9, 56:14, 56:17, 57:2, 57:10, 57:19, 58:1, 58:4, 58:8, 58:11, 58:15, 58:18, 58:22, 59:2, 59:12, 59:18, 60:13, 60:18, 60:24, 61:3, 61:6, 61:8, 61:12, 61:16, 61:19, 62:2, 62:11, 63:12, 63:19, 65:4, 65:13, 65:16, 65:19, 65:22, 66:1, 66:6, 66:11, 66:18, 66:22, 66:25, 67:2, 67:5, 67:14, 67:20, 68:4, 68:9, 68:13, 68:15, 68:22, 69:8, 69:13, 69:16, 72:9, 72:14, 73:13, 73:17, 73:24, 74:6, 74:10, 74:15, 74:24, 75:2, 75:6, 75:16, 75:21, 75:23, 76:2, 76:10, 76:14, 76:19, 77:4, 77:10, 77:13, 77:16, 77:21, 78:4, 78:10, 78:16, 78:19, 79:1, 79:6, 79:11, 81:2, 81:21

**Studinski** [3] - 2:5, 5:14, 6:5

**STUDINSKI - TORYFTER** [299] - 5:10, 5:23, 6:4, 6:8, 6:12, 6:17, 6:21, 7:3, 7:11, 7:14, 7:21, 8:2, 8:8, 8:12, 8:20, 9:1, 9:11, 9:15, 9:20, 9:24, 10:8, 10:15, 10:19, 10:23, 11:2, 11:9, 11:17, 11:20, 11:25, 12:6, 12:11, 12:17, 13:7, 13:13, 14:2, 14:4, 14:7, 14:13, 14:19, 15:2, 15:10, 15:14, 15:21, 15:25, 16:8, 16:14, 16:17, 16:23, 17:10, 17:15, 17:25, 18:11, 18:16, 18:20, 18:23, 19:1, 19:11, 19:14, 19:16, 20:2, 20:18, 20:20, 21:6, 21:8, 21:14, 21:23, 22:1,

22:3, 22:11, 22:13, 22:16, 22:20, 22:25, 23:2, 23:6, 23:17, 23:21, 23:25, 26:21, 26:24, 27:2, 27:6, 30:2, 30:8, 30:14, 30:19, 30:24, 31:5, 31:15, 31:20, 32:1, 32:7, 32:12, 32:16, 32:21, 32:25, 33:4, 33:13, 33:17, 33:22, 33:25, 34:5, 34:8, 35:4, 35:10, 35:18, 35:24, 36:7, 36:11, 36:15, 36:19, 36:24, 37:5, 37:8, 37:11, 37:15, 37:22, 38:1, 38:5, 38:11, 38:15, 38:18, 38:23, 39:3, 39:6, 39:12, 40:6, 40:11, 40:15, 40:19, 40:24, 41:3, 41:9, 41:12, 41:15, 41:21, 42:1, 42:8, 42:11, 42:17, 42:20, 42:25, 43:4, 43:7, 43:11, 43:16, 43:22, 44:1, 44:5, 44:14, 44:18, 44:22, 45:1, 45:4, 45:11, 45:15, 45:18, 45:23, 46:3, 46:8, 46:14, 46:17, 46:25, 47:4, 47:10, 47:12, 47:19, 47:23, 48:1, 48:4, 48:7, 48:9, 48:12, 48:15, 48:20, 49:5, 49:8, 49:13, 49:17, 49:23, 50:2, 50:5, 50:13, 50:17, 50:22, 50:25, 51:3, 51:6, 51:12, 51:15, 51:18, 51:22, 52:2, 52:5, 52:10, 52:15, 52:21, 53:2, 53:6, 53:12, 53:14, 53:20, 53:23, 54:3, 54:10, 54:13, 54:24, 55:4, 55:9, 55:15, 55:23, 56:2, 56:6, 56:9, 56:14, 56:17, 57:2, 57:10, 57:19, 58:1, 58:4, 58:8, 58:11, 58:15, 58:18, 58:22, 59:2, 59:12, 59:18, 60:13, 60:18, 60:24, 61:3, 61:6, 61:8, 61:12, 61:16, 61:19, 62:2, 62:11, 63:12, 63:19, 65:16, 65:19, 65:22, 66:1, 66:6, 66:11,

66:18, 66:22, 66:25,
67:2, 67:5, 67:14,
67:20, 68:4, 68:9,
68:13, 68:15, 68:22,
69:8, 69:13, 69:16,
72:9, 72:14, 73:13,
73:17, 73:24, 74:6,
74:10, 74:15, 74:24,
75:2, 75:6, 75:16,
75:21, 75:23, 76:2,
76:10, 76:14, 76:19,
77:4, 77:10, 77:13,
77:16, 77:21, 78:4,
78:10, 78:16, 78:19,
79:1, 79:6, 79:11,
81:2, 81:21
**Studinski -Toryfter**
[3] - 2:5, 5:14, 6:5
**stuff** [2] - 19:10,
83:13
**Sub** [2] - 69:6, 70:10
**subheading** [1] -
65:20
**submit** [1] - 10:9
**submitted** [1] - 17:12
**Subscribed** [1] -
53:9
**suggesting** [1] - 83:4
**superior** [2] - 4:9,
4:15
**supplied** [1] - 57:24
**suppress** [1] - 3:16
**suspect** [2] - 64:9,
67:25
**suspicious** [1] - 36:1
**swear** [3] - 5:19,
52:13, 57:22
**swearing** [1] - 53:10
**swore** [1] - 59:21
**sworn** [1] - 53:9
**system** [1] - 31:6

## T

**T-O-R-Y-F-T-E-R** [1]
- 6:6
**talks** [1] - 50:10
**Teenagers** [1] - 14:7
**tend** [1] - 11:12
**term** [1] - 67:4
**terminology** [1] -
21:9
**terms** [6] - 20:21,
47:8, 47:13, 47:15,
48:25, 57:6
**Test** [1] - 7:14
**testified** [12] - 25:5,
25:12, 29:17, 30:17,
37:25, 49:9, 49:22,

67:4, 67:17, 75:13,
75:15, 77:1
**testifies** [1] - 86:24
**testify** [5] - 5:7, 25:4,
38:13, 55:13, 59:8
**testimony** [11] -
4:21, 5:20, 22:19,
32:20, 44:10, 56:23,
62:14, 63:4, 81:7,
81:10, 86:23
**tests** [2] - 50:11
**that'd** [1] - 26:15
**That's** [16] - 3:23,
5:16, 22:5, 23:23,
40:16, 43:14, 43:24,
62:13, 62:20, 64:21,
65:10, 70:12, 73:25,
76:14, 80:14, 86:2
**that's** [30] - 4:10,
4:18, 13:19, 22:5,
24:2, 26:4, 29:21,
31:7, 35:8, 43:9,
51:22, 52:25, 62:5,
69:14, 69:15, 71:13,
72:11, 75:3, 75:12,
78:8, 80:20, 80:23,
83:10, 83:12, 83:13,
85:6, 85:24, 87:8
**theirs** [1] - 11:3
**themselves** [1] -
19:21
**there's** [13] - 3:24,
3:25, 13:18, 13:20,
24:9, 24:16, 30:24,
35:8, 35:15, 53:4,
57:5, 67:6, 83:24
**There's** [5] - 4:2,
22:4, 24:16, 52:5,
56:25
**they're** [5] - 27:22,
34:1, 84:25, 85:10,
85:11
**They're** [3] - 20:19,
22:6, 27:21
**Thiensville** [1] - 11:3
**thinking** [1] - 83:14
**third** [4] - 37:13,
52:8, 52:11, 76:20
**three** [2] - 52:10,
85:15
**Three** [1] - 34:23
**throughout** [1] -
82:24
**tip** [16] - 9:25, 10:5,
10:7, 11:7, 31:3, 31:6,
31:9, 31:14, 31:17,
31:18, 31:21, 48:3,
53:19, 54:1, 54:11
**tips** [2] - 10:9, 10:12
**today** [2] - 3:10, 43:5

22:15, 24:22, 28:23,
29:13, 33:12, 38:10,
55:14, 59:9, 72:13,
79:21, 80:16, 81:7
**tonight** [2] - 85:18,
87:8
**took** [7] - 18:25,
22:20, 43:12, 43:17,
77:7, 77:10, 78:7
**top** [2] - 28:2, 50:8
**Toryfter** [3] - 2:5,
5:14, 6:5
**TORYFTER** [299] -
5:10, 5:23, 6:4, 6:8,
6:12, 6:17, 6:21, 7:3,
7:11, 7:14, 7:21, 8:2,
8:8, 8:12, 8:20, 9:1,
9:11, 9:15, 9:20, 9:24,
10:8, 10:15, 10:19,
10:23, 11:2, 11:9,
11:17, 11:20, 11:25,
12:6, 12:11, 12:17,
13:7, 13:13, 14:2,
14:4, 14:7, 14:13,
14:19, 15:2, 15:10,
15:14, 15:21, 15:25,
16:8, 16:14, 16:17,
16:23, 17:10, 17:15,
17:25, 18:11, 18:16,
18:20, 18:23, 19:1,
19:11, 19:14, 19:16,
20:2, 20:18, 20:20,
21:6, 21:8, 21:14,
21:19, 21:23, 22:1,
22:3, 22:11, 22:13,
22:16, 22:20, 22:25,
23:2, 23:6, 23:17,
23:21, 23:25, 26:21,
26:24, 27:2, 27:6,
30:2, 30:8, 30:14,
30:19, 30:24, 31:5,
31:15, 31:20, 32:1,
32:7, 32:12, 32:16,
32:21, 32:25, 33:4,
33:13, 33:17, 33:22,
33:25, 34:5, 34:8,
35:4, 35:10, 35:18,
35:24, 36:7, 36:11,
36:15, 36:19, 36:22,
36:24, 37:5, 37:8,
37:11, 37:15, 37:22,
38:1, 38:5, 38:11,
38:15, 38:18, 38:23,
39:3, 39:6, 39:12,
40:6, 40:11, 40:15,
40:19, 40:24, 41:3,
41:9, 41:12, 41:15,
41:21, 42:1, 42:8,
42:11, 42:17, 42:20,
42:25, 43:10, 43:5,

43:11, 43:16, 43:22,
44:1, 44:5, 44:14,
44:18, 44:22, 45:1,
45:4, 45:11, 45:15,
45:18, 45:23, 46:3,
46:8, 46:14, 46:17,
46:25, 47:4, 47:10,
47:12, 47:19, 47:23,
48:1, 48:4, 48:7, 48:9,
48:12, 48:15, 48:20,
49:5, 49:8, 49:13,
49:17, 49:23, 50:2,
50:5, 50:13, 50:17,
50:22, 50:25, 51:3,
51:6, 51:12, 51:15,
51:18, 51:22, 52:2,
52:5, 52:10, 52:15,
52:21, 53:2, 53:6,
53:12, 53:14, 53:20,
53:23, 54:3, 54:10,
54:13, 54:24, 55:4,
55:9, 55:15, 55:23,
56:2, 56:6, 56:9,
56:14, 56:17, 57:2,
57:10, 57:19, 58:1,
58:4, 58:8, 58:11,
58:15, 58:18, 58:22,
59:2, 59:12, 59:18,
60:13, 60:18, 60:24,
61:3, 61:6, 61:8,
61:12, 61:16, 61:19,
62:2, 62:11, 63:12,
63:19, 65:4, 65:13,
65:16, 65:19, 65:22,
66:1, 66:6, 66:11,
66:18, 66:22, 66:25,
67:2, 67:5, 67:14,
67:20, 68:4, 68:9,
68:13, 68:15, 68:22,
69:8, 69:13, 69:16,
72:9, 72:14, 73:13,
73:17, 73:24, 74:6,
74:10, 74:15, 74:24,
75:2, 75:6, 75:16,
75:21, 75:23, 76:2,
76:10, 76:14, 76:19,
77:4, 77:10, 77:13,
77:16, 77:21, 78:4,
78:10, 78:16, 78:19,
79:1, 79:6, 79:11,
81:2, 81:21
**total** [2] - 74:24, 75:2
**totality** [1] - 47:16
**touch** [1] - 83:17
**toward** [1] - 62:6
**town** [2] - 81:3, 85:4
**traffic** [1] - 8:14
**training** [8] - 6:25,
7:1, 7:4, 7:25, 8:5,

**transcribed** [2] -
1:13, 88:7
**transcript** [1] - 84:11
**TRANSCRIPT** [1] -
3:1
**Transportation** [1] -
33:7
**treatment** [1] - 46:9
**treatments** [2] -
20:5, 78:24
**trial** [4] - 3:12, 71:6,
80:13, 82:12
**tried** [3] - 12:21,
12:22, 84:5
**true** [4] - 16:15,
52:14, 53:11, 59:22
**truly** [1] - 28:22
**truth** [3] - 5:20, 5:21
**try** [6] - 16:3, 16:9,
19:17, 82:6, 87:2,
87:5
**trying** [4] - 19:20,
80:21, 84:16, 86:22
**twice** [2] - 70:15,
70:17
**two** [11] - 3:25, 11:3,
14:19, 33:9, 65:25,
66:3, 72:13, 73:16,
80:23, 84:24, 85:17
**Two** [1] - 52:10
**type** [5] - 8:19, 8:24,
16:11, 17:12, 79:1
**typical** [2] - 8:10,
11:7

## U

**ultimately** [1] - 3:18
**uncooperative** [1] -
15:3
**under** [23] - 14:5,
35:11, 50:9, 54:7,
55:7, 56:11, 56:20,
57:6, 59:11, 59:17,
59:21, 59:22, 59:25,
62:7, 63:9, 63:10,
63:16, 63:17, 69:9,
70:8, 88:8
**Under** [1] - 69:16
**underage** [38] - 3:4,
9:19, 10:1, 10:13,
12:1, 14:14, 16:1,
16:16, 18:1, 57:14,
57:16, 57:25, 60:14,
60:19, 60:20, 61:17,
61:21, 61:24, 63:16,
64:10, 65:6, 65:10,
67:13, 68:3, 68:10,
68:25, 71:6, 71:14,

72:10, 72:15, 73:10, 73:11, 73:21, 74:15, 75:11, 80:13, 80:22

**undergo** [1] - 8:1
**undertook** [1] - 16:22
**unfortunately** [1] - 50:18
**Unfortunately** [1] - 15:2
**UNIDENTIFIED** [5] - 5:19, 39:24, 81:19, 81:25, 82:19
**unique** [1] - 4:5
**unknown** [1] - 11:9
**unlocked** [3] - 76:8, 76:13, 77:1
**unredacted** [7] - 23:10, 24:21, 26:14, 27:9, 29:6, 29:11, 29:12
**unusual** [3] - 19:13, 19:17, 19:19
**up** [20] - 5:9, 5:12, 7:10, 12:6, 13:20, 15:10, 23:24, 26:18, 26:20, 29:17, 29:18, 39:7, 41:24, 43:8, 45:24, 46:10, 54:19, 54:22, 73:12, 83:13

**V**

**vacation** [3] - 81:3, 85:4, 85:15
**vacations** [1] - 85:16
**variation** [1] - 72:16
**varies** [1] - 9:2
**various** [2] - 12:12, 12:13
**vehicle** [5] - 12:21, 12:22, 14:22, 33:8, 36:3
**vehicles** [14] - 11:22, 12:2, 12:4, 18:3, 30:15, 30:20, 34:10, 35:14, 36:1, 48:6, 74:21, 74:22, 74:25, 75:3
**verbiage** [2] - 59:3, 73:25
**version** [7] - 23:12, 24:22, 27:9, 28:14, 28:16, 29:11, 29:12
**versus** [2] - 3:3, 8:24
**vicinity** [3] - 74:25, 75:3, 75:5
**violation** [9] - 21:22, 22:9, 63:20, 66:3,

66:9, 66:14, 68:2, 74:5
**violations** [3] - 8:19, 74:9, 74:14
**Visual** [1] - 18:7
**visually** [1] - 18:7
**Vodka** [1] - 45:1
**vodka** [5] - 45:9, 55:12, 55:16, 55:22, 55:25
**voicemail** [2] - 12:25, 13:1
**voicemails** [1] - 14:20

**W**

**waiting** [1] - 13:17
**walking** [1] - 55:20
**WALWORTH** [1] - 88:2
**warrant** [22] - 3:21, 4:2, 15:11, 16:21, 17:14, 18:14, 18:19, 19:3, 20:8, 21:5, 46:24, 47:9, 51:2, 51:16, 51:19, 52:3, 53:18, 74:4, 75:19, 75:20, 76:7, 78:3
**warrants** [2] - 74:13, 76:1
**weigh** [1] - 64:16
**weren't** [6] - 12:23, 27:20, 59:18, 60:11, 61:15, 61:25
**we'll** [3] - 85:19, 86:23
**We're** [3] - 27:3, 79:21, 82:15
**we're** [22] - 3:12, 5:8, 20:7, 27:3, 29:14, 41:18, 52:23, 58:12, 61:23, 62:6, 65:1, 69:22, 71:7, 73:9, 75:25, 80:25, 82:1, 82:18, 83:15, 84:15, 84:16, 87:6
**we've** [2] - 83:13, 84:5
**what's** [11] - 8:4, 20:16, 20:22, 21:12, 29:23, 34:21, 35:11, 40:22, 51:9, 77:24, 81:18
**What's** [9] - 21:16, 22:2, 52:15, 57:2, 59:12, 62:11, 68:15, 71:1, 73:13
**whereabouts** [1] - 88:15

**whole** [2] - 5:21, 54:9
**WI** [1] - 35:16
**wide** [1] - 46:6
**Williams** [1] - 53:5
**Williams'** [1] - 50:1
**window** [1] - 13:19, 20:5, 30:25, 38:19, 39:13, 39:14, 44:16, 45:13, 45:17, 45:22, 45:24, 46:6, 46:9, 46:12, 46:18, 77:20, 78:9, 78:21, 78:23, 79:10
**windows** [8] - 13:24, 18:5, 19:10, 20:3, 42:16, 43:5, 43:10, 79:3
**Wisconsin** [5] - 1:15, 7:20, 88:6, 88:17, 88:21
**WISCONSIN** [1] - 88:1
**wit** [1] - 54:18
**Witness** [1] - 2:5
**witness** [4] - 5:8, 5:13, 80:8, 88:15
**witnesses** [4] - 4:24, 83:6, 84:24, 85:14
**wood** [1] - 79:2
**wood-finish** [1] - 79:2
**word** [5] - 28:9, 54:11, 58:5, 58:7, 78:23
**words** [1] - 16:5
**world's** [1] - 80:22
**worth** [1] - 80:4
**wouldn't** [2] - 64:12, 76:10
**writing** [1] - 52:6, 88:8
**wrote** [1] - 22:24

**Y**

**year** [1] - 8:3
**yearly** [1] - 8:4
**years** [2] - 6:13, 80:23
**yesterday** [1] - 82:3
**young** [4] - 13:21, 14:1, 14:5, 57:10
**yourself** [1] - 49:21
**you'll** [2] - 63:4, 64:9
**You're** [4] - 36:23, 61:14, 73:15, 81:6
**you're** [19] - 10:11, 31:9, 33:1, 41:4, 41:5,

53:10, 57:7, 58:25, 60:17, 60:22, 62:8, 65:11, 73:22, 74:21, 78:22, 86:2
**you've** [3] - 24:6, 29:20, 74:14