IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TODD MICHAEL REARDON, and
JOHN ROBERT REARDON,
    Plaintiffs,

Case No. 18-CV-1722

v.

MATTHEW SCHOSSOW,
KRISTIN L. SUDINSKI-TORYFTER, et al
    Defendants.

---

### DECLARATION OF ATTORNEY MARK MURPHY IN REPLY

---

STATE OF WISCONSIN  )
                       )ss
MILWAUKEE COUNTY  )

   I, Mark Murphy, first being duly sworn, hereby state the following in Reply to the Defendants' Response Plaintifss' Motion For Summary Judgment:

    1.    I attach hereto as **Exhibit 1** (and incorporate herein), a true and correct copy of another photograph of the Plaintiffs' Residence rear-room, produced by Defendants to Plaintiffs' prior counsel (in prior municipal court proceedings) – as depicting the interior view of the (far left) rear-windows, inside Plaintiffs' Residence.

    2.    I attach as **Exhibit 2** for the convenience of the court, a copy of the case entitled *State v. Barraza*, 206 Or. App. 505, 510 (Or. Ct. App. 2006).

*Attorney Mark P. Murphy*
Attorney Mark P. Murphy

*Subscribed and sworn to before me
this 22nd Day of July, 2019*
*Nichole Williams*
*Notary Public, State of Wisconsin
My Commission expires 1/30/22*