IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TODD MICHAEL REARDON, and
JOHN ROBERT REARDON,
    Plaintiffs,

v.

Case No. 18-CV-1722

MATTHEW SCHOSSOW,
KRISTIN L. SUDINSKI-TORYFTER,
CITY OF MEQUON, and
JOHN(S) and/or JANE(S) DOE,

    Defendants.

## DECLARATION OF JOHN REARDON
## IN REPLY
## Re: PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY

*STATE OF WISCONSIN* )
                      )ss
*MILWAUKEE COUNTY* )

    I, John Reardon, first being duly sworn, hereby state as follows to the best of my recollection, in REPLY to the Defendants' Response To Plaintiffs' Motion For Summary Judgment:

    1.    "Exhibit 3" [to the original Declaration of Todd Reardon, Doc#28] is indeed the window *nearest* the back patio and rear door - viewed from inside; the photo shows the blind-positioning on the three windows *closest* to the rear patio (the 'kitchen archway' is partly visible on right side of Exhibit 3, right of the lamp; the kitchen archway leads to the kitchen and the back door/rear patio).

2. The newly filed **Exhibit 1** [1] is a photo of the remainder of the windows in the rear-room, including the far left window - outside of which was the boot print in the mud. The area under that window is virtually the only 'garden' area on the property, where open dirt existed.

3. Exhibits 3 & 1 accurately depict the interior of the rear-room - including the positioning of <u>all of drawn blinds</u> – *before and after the police entered* the Plaintiffs' Residence; all of the blinds remained in the same position throughout the events – and were drawn closed, save for an inch or two at the bottom. The rear-window blinds were not "partially drawn" whatsoever.

<div style="display: flex; justify-content: space-between;">

*Subscribed and sworn to before me*
*This 22nd day of July, 2019.*
*/s/ electronically signed by:*
**Atty. Mark P. Murphy**
*Notary Public, State of Wisconsin*
*My Commission is permanent.*

*/s/ electronically signed by:*
**John Reardon**
JOHN REARDON

</div>

---

[1]  To the "Murphy Declaration in Reply", filed herewith.