IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TODD MICHAEL REARDON, and

JOHN ROBERT REARDON,

       Plaintiffs,

Case No. 18-CV-1722

v.

MATTHEW SCHOSSOW,

KRISTIN L. SUDINSKI-TORYFTER,

CITY OF MEQUON, and

JOHN(S) and/or JANE(S) DOE,

       Defendants.

## DECLARATION OF TODD REARDON
## IN REPLY
## Re: PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY

*STATE OF WISCONSIN*   )
                               )*ss*
*MILWAUKEE COUNTY*  )

   Todd Reardon, first being duly sworn, hereby state as follows to the best of my recollection in REPLY to the Defendants' RESPONSE to the Plaintiffs' MOTION FOR SUMMARY JUDGMENT:

   1.    "Exhibit 3" [to my prior Declaration, Doc#28] is indeed the window *nearest* the back patio and rear door - viewed from inside. The photo shows the position of the blinds, on the three windows *closest* to the rear patio (the 'kitchen archway' is partly visible on right side of Exhibit 3, right of the lamp; the kitchen archway leads to the kitchen and back door/rear patio).

1

2. The newly filed **Exhibit 1** [1] is a photo of the remainder of the windows in the rear-room, including the far left window - outside of which was the boot print in the mud. The area under that window is virtually the only 'garden' area on the property, where open dirt existed.

3. Although I was not there when the police busted into my house, I believe that photographs [Exhibits 3 & New Exhibit 1] accurately depict the interior of the rear-room of Plaintiffs' Residence the night the search warrant was executed, as the blinds were not "partially drawn" when I left the house that day and the photos accurately reflect the status of the blinds when as of the time I left. The photos confirm that all of the blinds were virtually completely closed - as usual - save for an inch or two crack at the bottom.

/s/ electronically signed by

*Todd Reardon*
Todd Reardon

Subscribed and sworn to before me
this 22nd day of July, 2019
/s/ electronically signed by:

*Attorney Mark P. Murphy*
Attorney Mark P. Murphy
Notary Public, State of Wisconsin
My Commission is permanent

---

[1] To the "Murphy Declaration in Reply", filed herewith.