# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

TODD MICHAEL REARDON and
JOHN ROBERT REARDON,

                Plaintiffs,

v.

MATTHEW SCHOSSOW, KRISTIN L.
SUDINSKI-TORYFTER, CITY OF
MEQUON, and JOHN AND JANE
DOES,

                Defendants.

Case No. 18-CV-1722-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment (Docket #16) be and the same is hereby **GRANTED in part and DENIED in part** as provided (Docket #48);

    **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs' motion for summary judgment (Docket #24) be and the same is hereby **GRANTED in part and DENIED in part** as provided (Docket #48);

    **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs' claims against Defendant Matthew Schossow for supervisor liability and failure to intervene in the obtention and execution of a search warrant be and the same are hereby **DISMISSED** (Docket #48);

    **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs' claims for Fifth and Fourteenth Amendment violations be and the same are hereby **DISMISSED** (Docket #48);

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs' claim for liability against Defendant City of Mequon be and the same is hereby **DISMISSED** (Docket #48);

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant City of Mequon be and the same is hereby **DISMISSED** from this action (Docket #48);

**IT IS FURTHER ORDERED AND ADJUDGED** that the John and Jane Doe defendants be and the same are hereby **DISMISSED** from this action (Docket #48);

**IT IS FURTHER ORDERED AND ADJUDGED** that the parties' stipulation of dismissal (Docket #56) be and the same is hereby **ADOPTED** (Docket #57); and

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED with prejudice**, without further costs and fees to any party (Docket #57).

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court
*s/ Jodi L. Malek*
By: Deputy Clerk

October 28, 2019
Date